LAW OFFICES

# SPIEGEL & DeMARS

100 WEST MONROE STREET · SUITE 910

CHICAGO, ILLINOIS 60603

(312) 726 - 3377

Facsimile  (312) 782 - 3366

STUART SPIEGEL
ALLAN J. DEMARS

July 11, 2012

Office of the United States Trustee
Attn: Mr. Dean Harvalis
219 S. Dearborn St. - Room 873
Chicago, IL 60604

Re: Peregrine Financial Group, Inc.
12-27488

Dear Mr. Harvalis:

At the request of the Office of the United States Trustee, please accept my resignation as case trustee with respect to the above-captioned matter.

Very truly yours,
SPIEGEL & DeMARS

Allan J. DeMars

AJD/fc



**U.S. Department of Justice**

United States Trustee
Region 11
*Northern District of Illinois*

*219 South Dearborn St. Room 873*   *312/886-5785*
*Chicago, IL  60604*   *FAX: 312.886.5794*

July 11, 2012

Ira Bodenstein, Esq.
Shaw, Gussis, et al.
321 North Clark Street
Chicago, Illinois 60654

RE: Peregrine Financial
    Group, Inc.
    12 B 27488

Dear Mr. Bodenstein:

    Due to the resignation of the former trustee Allan J. DeMars in the above case, you have been appointed as successor trustee. Bond is fixed and approved as the blanket bond.

    If you reject this appointment you must notify the court and this office within five (5) days of the receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

Sincerely,

DEAN C. HARVALIS
Assistant United States Trustee

Rejected: _____
Signature

_____
Date
DCH:bj