UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

### TRUSTEE'S REPORT OF DE MINIMIS SALES

Pursuant to the Order Approving Procedures for Sale and Abandonment of De Minimis Assets [Docket No. 129], Ira Bodenstein, not personally, but as chapter 7 trustee ("Trustee") for the estate of Peregrine Financial Group, Inc. d/b/a PFG Best ("Debtor") hereby submits this report (the "Report") itemizing the assets sold and consideration received for each De Minimis Sale completed during the quarter July, August and September 2012:

| Date of Sale | Asset(s) Sold | Consideration Received/From |
|---|---|---|
| 8/23/12 | Communications Equipment from closed Encino, California office | $1,800/Extenda Communications Corporation |
| 10/10/12[1] | 2006 Ford Escape VIN 1FMYU95H96KB49350 | $5,500/Paul Kavanaugh |

Respectfully submitted,
Ira Bodenstein, not personally, but as chapter 7 trustee
for the estate of Peregrine Financial Group, Inc.

Dated: October 12, 2012     By:   */s/ Kimberly Bacher*
                                  One of his attorneys

Robert M. Fishman (#3124316)
Kimberly Bacher (#6285677)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Il 60654
Phone: (312) 541-0151
Fax: (312) 980-3888

---

[1] While this sale did not occur in the applicable quarter, as a result of the completion of the sale prior to the filing of this Report, such sale was included in this Report.

{10403-001 RPT A0330522.DOC}

# CERTIFICATE OF SERVICE

Kimberly Bacher, an attorney, certifies that service of the above and foregoing Trustee's Report of De Minimis Sales was made on the attached service list in the manner indicated below on October 12, 2012.

**Mailing Information for Case 12-27488**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kimberly A Bacher    kbacher@shawgussis.com, bharrington@shawgussis.com
- Salvatore A Barbatano    sbarbatano@shawgussis.com, jhampton@shawgussis.com
- Lawrence M. Benjamin    lbenjamin@ngelaw.com, rwills@ngelaw.com
- Stephen T. Bobo    sbobo@reedsmith.com
- Ira Bodenstein    iratrustee@shawgussis.com, IL29@ecfcbis.com;sdelamora@shawgussis.com
- Ira Bodenstein    ibodenstein@shawgussis.com, sdelamora@shawgussis.com
- David E Cohen    dcohen@fishercohen.com
- Brooke E Conner    bconner@vedderprice.com, ecfdocket@vedderprice.com;ecarlson@vedderprice.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Robert M Fishman    rfishman@shawgussis.com
- Geoffrey S. Goodman    ggoodman@foley.com, egreen@foley.com;khall@foley.com
- Ava Gould    agould@cftc.gov
- Joshua M Grenard    jgrenard@mayerbrown.com, courtnotification@mayerbrown.com
- Allen J Guon    aguon@shawgussis.com, sdelamora@shawgussis.com
- John W Guzzardo    jguzzardo@shawgussis.com, mcarter@shawgussis.com
- David Paul Holtkamp    dholtkamp@wfactorlaw.com, nb@wfactorlaw.com
- Stephanie K. Hor-Chen    shor@vedderprice.com, ecfdocket@vedderprice.com
- Kevin M Hyde    khyde@shawgussis.com, jhampton@shawgussis.com
- Thomas S Kiriakos    tkiriakos@mayerbrown.com, Courtnotification@mayerbrown.com
- James C. Koutoulas    jk@typhoncap.com
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com
- Randall M Lending    rlending@vedderprice.com, trobinson@vedderprice.com;ecfdocket@vedderprice.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Jennifer M. Muchoney    jmuchoney@pfgbest.com
- Michael J O'Rourke    morourke@okmlaw.com
- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com
- Rene S Roupinian    RSR@outtengolden.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Jessica M Scheller    jscheller@shawgussis.com, kdevries@shawgussis.com
- Sean T Scott    stscott@mayerbrown.com
- Scott A Semenek    scott.semenek@faegrebd.com, melanie.senesac@faegrebd.com
- Anne W Stukes    astukes@cftc.gov
- William W Thorsness    wthorsness@vedderprice.com, ecfdocket@vedderprice.com

- John Edward Waters    john.waters@iowa.gov
- Thomas C. Wolford    twolford@ngelaw.com

**Via Electronic Mail**
Rosemary Hollinger rhollinger@cftc.gov
Robert W. Wasserman rwasserman@cftc.gov
Scott Williamson swilliamson@cftc.gov
Pat DiMaria pdimaria@pfgbest.com
Vivian Drohan vdrohan@dlkny.com
rickmedley@aol.com
roythompson@comcast.net

**Via Electronic Mail and U.S. Mail**

CRT Special Investments LLC
Attn: Joseph Sarachek
262 Harbor Drive
Stamford, CT 06902

Gaivesville Coins, Inc.
c/o Stephanie C. Lieb, Esq.
101 E. Kennedy Blvd., Ste. 2700
Tampa, FL 33602
rcolton@trenam.com
slieb@trenam.com

Joseph M. Russell
JP Morgan Chase Bank NA
10 S. Dearborn Street
Chicago, IL 60603
Joe.russell@jpmchase.com

Gilbert B. Weisman
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA 19355
Notices@becket-lee.com

Alicia Martin
Attn: Steven R. Lehr, Esq.
Steven R. Lehr, P.C.
33 Clinton Road, Ste. 100
West Caldwell, NJ 07006
slehr@lehrlaw.com

Andrea M. Momnie
Philip J. Hendel
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
amomnie@hendelcollins.com

John B. Connor
John B. Connor, P.L.C.
1033 N. Fairfax St., Ste. 310
Alexandria, VA 22314
jack@johnbconnor.com

Outten & Golden LLP
3 Park Ave., 29th Floor
New York, NY 10016
Attn:   Jack Raisner
        Rene Roupinian

Stephen Mertz
Michael Stewart
Faegre Baker Daniels LLP
90 South 7th St., Ste. 2200
Minneapolis, MN 55402
stephen.mertz@faegrebd.com
Michael.stewart@faegrebd.com

William L. Wallander
John Paul K. Napier
Vinson & Elkins L.L.P.
2001 Ross Avenue, Ste. 3700
Dallas, TX 75201
jnapier@velaw.com
bwallander@velaw.com

Lazonia Clark
Chase Paymentech Solutions, LLC
14221 Dallas Parkway
Building II
Dallas, TX 75254-2942
Lazonia.clark@chasepaymentech.com