UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:                                              The Iavarone Law Firm, P.C.

Authorized to Provide Professional Services to:     Debtor

Date of Order Authorizing Employment:               January 7, 2013

Period for Which Compensation is sought:           December 27, 2012 to January 24, 2013

Amount of Fees sought:                                          $4,032

Amount of Expense Reimbursement sought:        None

This is an:      Interim Application  ____          Final Application   X

This is the first application filed herein by this professional.

Dated: April 9, 2013            Applicant:  The Iavarone Law Firm, P.C.


                                                By:    /s/Nicholas P. Iavarone
                                                        Its attorney

Nicholas P. Iavarone
The Iavarone Law Firm, P.C.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com

{10403-001 MOT A0343268.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date: April 25, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 25, 2013 at 10:00 a.m., the undersigned shall appear before the Honorable Judge Carol A. Doyle, in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **First and Final Application of Nicholas Iavarone and the Iavarone Law Firm P.C., as Special Counsel for the Trustee, for Allowance and Payment of Compensation and for Related Relief,** at which time you may appear if you deem fit.

Dated: April 9, 2013                             Respectfully submitted,

                                                 The Iavarone Law Firm, P.C.

                                                 By:   */s/ Nicholas P. Iavarone*
                                                         Its attorney

Nicholas P. Iavarone
The Iavarone Law Firm, P.C.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com

{10403-001 MOT A0343263.DOC}

# CERTIFICATE OF SERVICE

Marc S. Reiser certifies that he caused to be served a true copy of the above and foregoing **Notice Of Motion** and **First and Final Application of Nicholas Iavarone and the Iavarone Law Firm P.C., as Special Counsel for the Trustee, for Allowance and Payment of Compensation and for Related Relief** upon the attached Electronic Mail Notice List through the ECF System and on the attached Service List in the manner so indicated on this 9th day of April, 2013.

/s/ Marc S. Reiser

**Mailing Information for Case 12-27488**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kimberly A Bacher    kbacher@shawgussis.com, bharrington@shawgussis.com
- Salvatore A Barbatano    sbarbatano@shawgussis.com, jhampton@shawgussis.com
- Lawrence M. Benjamin    lbenjamin@ngelaw.com, rwills@ngelaw.com
- Stephen T. Bobo    sbobo@reedsmith.com
- Ira Bodenstein    iratrustee@shawgussis.com, IL29@ecfcbis.com;sdelamora@shawgussis.com
- David E Cohen    davidecohen@lawcohen.com
- Brooke E Conner    bconner@vedderprice.com, ecfdocket@vedderprice.com;ecarlson@vedderprice.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Robert M Fishman    rfishman@shawgussis.com
- Ava Gould    agould@cftc.gov
- Joshua M Grenard    jgrenard@mayerbrown.com, courtnotification@mayerbrown.com
- Allen J Guon    aguon@shawgussis.com, sdelamora@shawgussis.com
- John W Guzzardo    jguzzardo@shawgussis.com, mcarter@shawgussis.com
- Thomas S Kiriakos    tkiriakos@mayerbrown.com, Courtnotification@mayerbrown.com
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com
- Randall M Lending    rlending@vedderprice.com, trobinson@vedderprice.com;ecfdocket@vedderprice.com
- Jennifer M. Muchoney    jmuchoney@pfgbest.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Jessica M Scheller    jscheller@shawgussis.com, kdevries@shawgussis.com
- Sean T Scott    stscott@mayerbrown.com
- Anne W Stukes    astukes@cftc.gov
- Thomas C. Wolford    twolford@ngelaw.com

**Via U.S. Mail and Electronic Mail Notice**

Gaivesville Coins, Inc.
c/o Stephanie C. Lieb, Esq.

Rosemary C. Hollinger
U.S. Commodity Futures Trading

{10403-001 MOT A0343263.DOC}2

| | |
|---|---|
| 101 E. Kennedy Blvd., Ste. 2700<br>Tampa, FL 33602<br>rcolton@trenam.com<br>slieb@trenam.com | Commission<br>525 West Monroe Street, Ste. 1100<br>Chicago, IL 60601<br>Email: rhollinger@cftc.gov |
| William P. Janulis<br>Ava Gould<br>U.S. Commodity Futures Trading Commission<br>525 West Monroe Street, Ste. 1100<br>Chicago, IL 60601<br>wjanulis@cftc.gov<br>agould@cftc.gov | Jon J Kramer<br>U.S. Commodity Futures Trading Commission<br>525 W. Monroe Street<br>Chicago, IL 60661<br>jkramer@cftc.gov |
| James L. Koutoulas<br>Chief Executive Officer<br>Typhon Capital Management<br>180 N. LaSalle St., #3250<br>Chicago, IL 60601<br>jk@typhoncap.com | Scott R. Williamson<br>Deputy Regional Counsel<br>CFTC Division of Enforcement<br>525 W Monroe Street, Suite 1100<br>Chicago, IL 60661<br>swilliamson@cftc.gov |
| Joseph M. Russell<br>JP Morgan Chase Bank NA<br>10 S. Dearborn Street<br>Chicago, IL 60603<br>Joe.russell@jpmchase.com | John B. Connor<br>John B. Connor, P.L.C.<br>1033 N. Fairfax St., Ste. 310<br>Alexandria, VA 22314<br>jack@johnbconnor.com |
| Gilbert B. Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd.<br>Malvern, PA 19355<br>Notices@becket-lee.com | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date: April 25, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

### FIRST AND FINAL APPLICATION OF NICHOLAS IAVARONE AND THE IAVARONE LAW FIRM P.C., AS SPECIAL COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND FOR RELATED RELIEF

Nicholas P. Iavarone ("Iavarone") and The Iavarone Law Firm, P.C. (the "Iavarone Firm") apply to this Court (the "Application"), pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(i), 2016(a) and 9007, for the allowance and payment of $4,032.00 in compensation for professional services (the "Services") rendered on behalf of Ira Bodenstein, not personally, but as chapter 7 trustee (the "Trustee") for the estate of Peregrine Financial Group, Inc. d/b/a PFG Best (the "Debtor"), during the period of December 27, 2012 to January 24, 2013 (the "Application Period"). In support of this Application, Iavarone respectfully states as follows:

### BACKGROUND

1. On July 10, 2012 (the "Petition Date"), the Debtor filed a voluntary case under Chapter 7 of the Bankruptcy Code (the "Case").

2. On July 11, 2012, the Trustee was appointed as the successor Chapter 7 Trustee of the Debtor by the U.S. Trustee, has accepted his appointment, and is acting, duly qualified, as Trustee of the Debtor.

{10403-001 MOT A0343263.DOC}

3. Prior to the commencement of the Case, on June 30, 2009, Prestwick Capital Management Ltd., Prestwick Capital Management 2 Ltd. and Prestwick Capital Management 3 Ltd. (collectively, the "Prestwick Appellants") commenced suit against PFG in the United States District Court for the Southern District of New York, seeking relief on account of, among other things, guarantor liability (the "Prestwick Litigation"). On January 5, 2010, the Prestwick Litigation was transferred to the Northern District of Illinois, Eastern Division.

4. On August 25, 2011, the District Court granted summary judgment in favor of the Debtor on the Prestwick Appellants' guarantee liability claims.

5. On January 27, 2012, the Prestwick Appellants filed a Notice of Appeal on the United States Court of Appeals for the Seventh Circuit.

6. On December 6, 2012, this Court entered its Order Modifying Automatic Stay to Permit Prestwick Capital Management Ltd. Claimants to Continue Appeal in the United States Court of Appeals to the Seventh Circuit [Docket No. 300] (the "Order Modifying Stay"). Pursuant to the Order Modifying Stay, the automatic stay was modified for the sole purpose of allowing the Prestwick Appeal to move forward.

### RETENTION OF IAVARONE LAW FIRM P.C.

7. In December of 2012, the Trustee requested that Iavarone represent the Debtor in oral argument before the Seventh Circuit Court of Appeals ("Seventh Circuit") in Prestwick Capital Management, Ltd. v. Peregrine Financial Group, Inc., case no. 12-1232 (the "Appeal").

8. Iavarone agreed to the engagement and the Trustee made an application to the Court to employ Iavarone and the Iavarone Firm for this purpose, which this Court granted by Order of January 9, 2013. [Docket No. 339].

9. Iavarone commenced to provide his services and began preparing to argue the appeal before the Seventh Circuit on December 27, 2012 and completed his services on behalf of

Debtor at the oral argument on January 24, 2013. Iavarone expended a total of 8.4 hours in representing the Debtor on the Appeal as reflected in the invoice attached as Exhibit "A" hereto.

10. Iavarone's hourly rate is $480, which is based on his expertise and experience in dealing with matters involving the trading of securities and commodities and the applicable statutes, rules, and regulations.

### SERVICES RENDERED AND COMPENSATION RECEIVED

11. The Iavarone Firm served as special litigation counsel to the Trustee and argued the Appeal before the Seventh Circuit.

12. In accordance with the Order Granting Motion to Establish Interim Fee and Expense Reimbursement Procedures entered on August 9, 2012 [Docket No. 85] (the "Compensation Order"), the Iavarone Firm has requested and received no objection to a payment of $3,225.60 in interim compensation. The balance of compensation for Iavarone's services is $806.40.

### COMPLIANCE WITH SECTION 504

13. There is no agreement between the Iavarone Firm and any other firm, person or entity for the sharing or division of any compensation paid or payable to the Iavarone Firm.

### NOTICE

14. Notice of this Application has been given to: (a) the U.S. Trustee; (b) the CFTC; (c) the NFA; and (d) parties requesting notice in the Case. Based on the extent of the notice already provided, the Iavarone and the Iavarone Firm respectfully requests that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2006(a)(6), 2002(i) and 9007.

WHEREFORE, Iavarone and the Iavarone Firm requests the entry of an order,

substantially in the form attached hereto: (i) allowing the Iavarone $4,032.00 in compensation; (ii) authorizing the Trustee to pay the Iavarone Firm $804.60 representing the difference between the interim compensation and the total fees for the services rendered related to the Appeal; (iii) waiving other and further notice of this hearing with respect to this Application; and (iv) providing the Iavarone Firm with such additional relief as may be appropriate under the circumstances.

Dated:  April 9, 2013                    Respectfully submitted,

                                         The Iavarone Law Firm, P.C.

                                         By:   /s/ Nicholas P. Iavarone
                                               Its attorney

Nicholas P. Iavarone
The Iavarone Law Firm, P.C.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com