# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date: June 26, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 26, 2013 at 10:00 a.m., the undersigned shall appear before the Honorable Judge Carol A. Doyle, in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **First and Final Application of Osler Hoskin & Harcourt LLP, as Canadian Counsel for the Trustee, for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief**, at which time you may appear if you deem fit.

Dated: May 30, 2013

Respectfully submitted,

Ira Bodenstein, not personally, but as chapter 7 trustee for the estate of Peregrine Financial Group, Inc.

By:     _/s/ Marc S. Reiser_
   One of his attorneys

Marc S. Reiser (#66310575)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888

{10403-001 MOT A0346715.DOC}

## CERTIFICATE OF SERVICE

Marc S. Reiser certifies that he caused to be served a true copy of the above and foregoing **Notice Of Motion** and **First and Final Application of Osler Hoskin & Harcourt LLP, as Canadian Counsel for the Trustee, for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief** upon the attached Electronic Mail Notice List through the ECF System and on the attached Service List in the manner so indicated on this 30th day of May, 2013.

/s/ Marc S. Reiser

**CM/ECF Email Notice List for Case 12-27488:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Salvatore A Barbatano    sbarbatano@shawfishman.com, jhampton@shawfishman.com
- Lawrence M. Benjamin    lbenjamin@ngelaw.com, rwills@ngelaw.com
- Stephen T. Bobo    sbobo@reedsmith.com
- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- Ira Bodenstein    ibodenstein@shawfishman.com, cowens@shawfishman.com
- David E Cohen    dcohen@fishercohen.com
- Brooke E Conner    bconner@vedderprice.com, ecfdocket@vedderprice.com;ecarlson@vedderprice.com
- David R Doyle    ddoyle@shawfishman.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecfdocket@vedderprice.com
- Robert M Fishman    rfishman@shawfishman.com
- Geoffrey S. Goodman    ggoodman@foley.com, egreen@foley.com;khall@foley.com
- Ava Gould    agould@cftc.gov
- Gordon E. Gouveia    ggouveia@shawfishman.com, mwestbrook@shawfishman.com
- Joshua M Grenard    jgrenard@mayerbrown.com, courtnotification@mayerbrown.com
- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com
- John W Guzzardo    jguzzardo@shawfishman.com, mcarter@shawfishman.com
- David Paul Holtkamp    dholtkamp@wfactorlaw.com, nb@wfactorlaw.com
- Stephanie K. Hor-Chen    shor@vedderprice.com, ecfdocket@vedderprice.com
- Kevin M Hyde    khyde@shawfishman.com, jhampton@shawfishman.com
- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Thomas S Kiriakos    tkiriakos@mayerbrown.com, Courtnotification@mayerbrown.com
- James C. Koutoulas    jk@typhoncap.com
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com
- Randall M Lending    rlending@vedderprice.com, trobinson@vedderprice.com;ecfdocket@vedderprice.com
- Kyle A Lindsey    klindsey@jnlegal.net, cjohnson@jnlegal.net
- James J McNamara    jmcnamara@srcattorneys.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Jennifer M. Muchoney    jmuchoney@pfgbest.com

{10403-001 MOT A0346715.DOC}    2

- Michael J O'Rourke    morourke@orourkeandmoody.com, firm@orourkeandmoody.com
- Mark L Radtke    mradtke@shawfishman.com, bharrington@shawfishman.com
- Marc S Reiser    mreiser@shawfishman.com, jhampton@shawfishman.com
- Steven Robinson    steven.robinson@sidley.com, steve.robinson@gmail.com
- Mark J Rose    mjroseesq@aol.com
- Rene S Roupinian    RSR@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
- Richard A. Saldinger    rsaldinger@shawfishman.com, msalazar@shawfishman.com
- Jessica M Scheller    jscheller@shawfishman.com, kbobb@shawfishman.com
- Vincent Paul Schmeltz III    vschmeltz@btlaw.com, jzipfel@btlaw.com;jlennon@btlaw.com
- Sean T Scott    stscott@mayerbrown.com, mlotito@mayerbrown.com
- Scott A Semenek    scott.semenek@faegrebd.com, droberg@faegrebd.com
- Anne W Stukes    astukes@cftc.gov
- William W Thorsness    wthorsness@vedderprice.com, ecfdocket@vedderprice.com
- Rue K Toland    rtoland@mayerbrown.com
- John Edward Waters    john.waters@iowa.gov
- Thomas C. Wolford    twolford@ngelaw.com, ecfdocket@ngelaw.com

**Parties Served Via U.S. Mail**

CRT Special Investments LLC
Attn: Joseph Sarachek
262 Harbor Drive
Stamford, CT 06902

**Parties Served Via E-Mail**

Gainesville Coins, Inc.
c/o Stephanie C. Lieb, Esq.
101 E. Kennedy Blvd., Ste. 2700
Tampa, FL 33602
rcolton@trenam.com
slieb@trenam.com

Joseph M. Russell
JP Morgan Chase Bank NA
10 S. Dearborn Street
Chicago, IL 60603
Joe.russell@jpmchase.com

Gilbert B. Weisman
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA 19355
Notices@becket-lee.com

Alicia Martin
Attn: Steven R. Lehr, Esq.
Steven R. Lehr, P.C.
33 Clinton Road, Ste. 100
West Caldwell, NJ 07006
slehr@lehrlaw.com

Larry Lefoldt
Lefoldt & Co., P.A.
690 Towne Center Blvd.
Ridgeland, MS 39158
mllefoldt@lefoldt.com

John B. Connor
John B. Connor, P.L.C.
1033 N. Fairfax St., Ste. 310
Alexandria, VA 22314
jack@johnbconnor.com

Outten & Golden LLP
Attn: Jack Raisner/Rene Roupinian
3 Park Ave., 29th Floor
New York, NY 10016
rsr@outtengolden.com
jar@outtengolden.com

Stephen Mertz
Michael Stewart
Faegre Baker Daniels LLP
90 South 7th St., Ste. 2200
Minneapolis, MN 55402
stephen.mertz@faegrebd.com
Michael.stewart@faegrebd.com

William L. Wallander
John Paul K. Napier
Vinson & Elkins L.L.P.
2001 Ross Avenue, Ste. 3700
Dallas, TX 75201
jnapier@velaw.com
bwallander@velaw.com

Lazonia Clark
Chase Paymentech Solutions, LLC
14221 Dallas Parkway
Building II
Dallas, TX 75254-2942
Lazonia.clark@chasepaymentech.com

{10403-001 MOT A0346715.DOC}    4

Vivian Drohan
Drohan Lee LLP
489 Fifth Avenue
New York, NY 10017
vdrohan@dlkny.com

Scott Williamson
Deputy Regional Counsel
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
swilliamson@cftc.gov

Pat DiMaria
PFG Best
10 S. Riverside Plaza, Ste. 1824
Chicago, IL 60606
pdimaria@pfgbest.com

Joseph Corrigan
Iron Mountain Information
745 Atlantic Avenue
Boston, MA 02111
bankruptcy2@ironmountain.com

Roy Thompson
15938 SW Quarry Rd., Ste. B-6
Lake Oswego, OR 97035
roythompson@comcast.net

Andrea M. Momnie
Philip J. Hendel
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
amomnie@hendelcollins.com

Rosemary Hollinger
Regional Counsel
CFTC
525 W, Monroe, Ste. 1100
Chicago, IL 60661
rhollinger@cftc.gov

Robert Wasserman
Chief Counsel
CFTC
1155 21st St. N.W.
Washington, D.C. 20581
rwasserman@cftc.gov

Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004-2415
mark.sherrill@sutherland.com

Gretchen M. Silver
Office of US Trustee
219 S. Dearborn, Ste. 873
Chicago, IL 60604
Gretchen.silver@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **PEREGRINE FINANCIAL GROUP, INC.,** | ) | Case No. 12-27488 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date: June 26, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:                                          Osler Hoskin & Harcourt LLP

Authorized to Provide Professional Services to:             Debtor

Date of Order Authorizing Employment:                       July 31, 2012

Period for Which Compensation is sought:                    July 1, 2012 to February 19, 2013

Amount of Fees sought:                                      $17,095.43

Amount of Expense Reimbursement sought:                     $100.22

This is an:    Interim Application  _____        Final Application  __X__

This is the first application filed herein by this professional.

Dated: May 31, 2013       Applicant:   Osler Hoskin & Harcourt LLP

                                       Ira Bodenstein, not personally, but as chapter
                                       7 trustee for the estate of Peregrine Financial
                                       Group, Inc.
                                       By: ___/s/ Marc S. Reiser_____
                                             One of his attorneys

Marc S. Reiser (#66310575)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888

{10403-001 CVR A0346806.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PEREGRINE FINANCIAL GROUP, INC., | ) Case No. 12-27488 |
| | ) |
| | ) Honorable Judge Carol A. Doyle |
| Debtor. | ) |
| | ) Hearing Date: June 26, 2013 |
| | ) Hearing Time: 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF OSLER, HOSKIN & HARCOURT LLP, AS CANADIAN COUNSEL FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND FOR RELATED RELIEF**

Ira Bodenstein, not personally, but as chapter 7 trustee ("Trustee") for the estate of Peregrine Financial Group, Inc. d/b/a PFG Best ("Debtor"), on behalf of Osler, Hoskin & Harcourt LLP ("Osler"), his Canadian counsel, herewith applies to this Court (the "Application") pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(i), 2016(a) and 9007, for the allowance and payment of $17,095.43 in compensation for services (the "Services"), and for the reimbursement of $100.22 for expenses (the "Expenses") incurred incidental to the Services, during the period of July 1, 2012 to February 19, 2013 (the "Application Period"). In support of this Application, Osler respectfully states as follows:

### BACKGROUND

1. On July 10, 2012 (the "Petition Date"), the Debtor filed a voluntary case under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), thereby commencing the above-entitled case (the "Case").

{10403-001 MOT A0346715.DOC}                6

2. The Trustee was appointed as the successor Chapter 7 Trustee of the Debtor by the Office of the U.S. Trustee (the "U.S. Trustee"), has accepted his appointment, and is acting, duly qualified, as Trustee of the Debtor.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

### RETENTION OF OSLER

4. On August 22, 2012, the Trustee sought authority from this Court to employ Osler, as Canadian counsel to the Trustee, with respect to regulatory hearings held before the Investment Industry Regulatory Organization of Canada ("IIROC") regarding Peregrine Financial Group Canada, Inc., a wholly owned subsidiary of the Debtor ("Peregrine Canada") and the corresponding wind down of Peregrine Canada.

5. Osler's retention as Canadian counsel for the Trustee in the Case, effective as of July 10, 2012, was approved by an order of this Court dated August 30, 2012 [Docket No. 87].

### SERVICES RENDERED AND COMPENSATION RECEIVED

6. Osler served as Canadian counsel to the Trustee, attended the regulatory hearings before IIROC and drafted an order resolving the matter. In addition, Osler's attorneys advised the Trustee on various methods to wind down Peregrine Canada and various issues relating to the return of metals to the Trustee by third-parties.

7. Attached hereto and made part hereof is Exhibit A which includes a Osler's invoices for the Application Period and describes the services in detail.

8. In accordance with the Order Granting Motion to Establish Interim Fee

and Expense Reimbursement Procedures entered on August 9, 2012 [Docket No. 85] (the "Compensation Order"), Osler has requested and received no objection to a payment of $12,960.48 in interim compensation and reimbursement of expenses. The balance of compensation for Osler's services is $4,235.17.

## COMPLIANCE WITH SECTION 504

9. There is no agreement between Osler and any other firm, person or entity for the sharing or division of any compensation paid or payable to Osler

## NOTICE

10. Notice of this Application has been given to: (a) the U.S. Trustee; (b) the CFTC; (c) the NFA; and (d) parties requesting notice in the Case. Based on the extent of the notice already provided, the Trustee respectfully requests that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2006(a)(6), 2002(i) and 9007.

WHEREFORE, the Trustee requests the entry of an order, substantially in the form attached hereto: (i) allowing Osler $17,095.43 in compensation for services rendered during the Application Period; (ii) allowing Osler $100.22 in reimbursement of expenses for the Application Period; (iii) authorizing the Trustee to pay Osler $4,235.17 representing the difference between the interim compensation and the total fees and expenses for the services rendered during the Application Period; (iii) waiving other and further notice of this hearing with respect to this Application; and (iv) providing such additional relief as may be appropriate under the circumstances.

Dated: May 30, 2013            Respectfully submitted,

Ira Bodenstein, not personally, but as chapter 7 trustee for the estate of Peregrine Financial Group, Inc.

By:    /s/ *Marc S. Reiser*
       One of his attorneys

Marc S. Reiser (#66310575)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888