UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |

## FINAL ORDER GRANTING TRUSTEE'S SECOND OMNIBUS OBJECTION TO LATE FILED CLAIMS

Upon the Trustee's Second Omnibus Objection ("Objection") to Certain Late Filed Claims for entry of an order disallowing or reclassifying the Late Filed Claims as applicable (capitalized terms not defined herein shall have the meaning ascribed to them in the Objection); it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that notice of the Objection and the opportunity for a hearing on the Objection were appropriate under the particular circumstances and that no other or further notice need be given; the Court having considered the Objection, the Late Filed Claims listed on Exhibit A attached hereto and incorporated by reference herein and any responses thereto; and for the reasons set forth on the record in open court, it is hereby **ORDERED**:

1. The Late Filed Claims listed on Exhibit A are hereby reclassified as tardily filed, general unsecured claims entitled to third priority distribution under 11 U.S.C. § 726(a)(3).

2. The following proofs of claim shall be deemed timely-filed: Claim No. 14049 filed by Donald & Elaine Martin; Claim No. 14028 filed by Ken Yaskinski; Claim Nos. 13931, 13932, 13936 filed by Anthony Daly; Claim No. 13811 filed by John Evangelista. The Trustee's Objection to these claims is hereby withdrawn, without prejudice.

{10403-001 ORD A0371015.DOCX}

3. The Trustee's right to (a) amend, modify or supplement the Objection, (b) file additional objections to the claims or any other claims (filed or not) which may be asserted against the Estate and/or (c) seek further reduction of any claim to the extent such claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Trustee's right to object on other stated grounds or on any other grounds that the Trustee discovers during the pendency of this case is further preserved.

4. Each Late Filed Claim and the objections by the Trustee to such Late Filed Claim, as addressed in the Objection and as set forth on Exhibit A, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Late Filed Claim. Any stay of this Order pending appeal by any claimants whose Late Filed Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Trustee and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of this Order.

Dated: **2 7 MAR 2014**

_____
**United States Bankruptcy Judge**

# EXHIBIT A

| Claimant | Claim No. |
|---|---|
| David Scaccia | 13923 |
| James and Linda Steuerwald | 14088 |
| Albert DiPaolo | 14085 |
| George & Frances Manus | 14035 |
| Arthur Anthony Aros | 14082 |
| Joe Yniguez | 14002 |
| Jesse Kjorstad | 13934 |
| Joseph Scheideler | 14047 |
| Edward Decker Ayers III | 14066 |
| Dirk L. Marcum | 14051 |
| Keith Neilson | 14040 |
| Mark R. Reano | 14072 |
| James R. Remore | 14070 |
| Alan W. Reib | 10461 |
| Alan T. Rock | 14060 |
| Daniel L. Croushore | 14068 |
| Keith Holland | 14093 |
| Harvey Uken | 14083 |
| Govind B. Patel | 13914 |
| 1360110 Alberta Ltd. | 14114 |
| David Ramon | 14112 |
| Gregg Bennett | 14080 |
| Jonathan Cullum | 14074 |
| Dennis Trainor | 14021 |
| Bernard Quinette II | 14077 |
| Ismail Ahmed | 14090 |
| Edward Benning | 14079 |
| Keith Deller | 14064 |
| Doug Currie | 14073 |
| Custom Welding Fabricating Ltd. | 14069 |
| Gerald Dubien | 14057 |
| Know Hitter Enterprises Inc. | 14034 |
| Brian W. Newbert | 14075 |
| Doug Molyneux | 14048 |
| InterGrain Spec Products LLC | 14091 |

{10403-001 ORD A0371017.DOCX}

| Name | Number |
|---|---|
| Jerry Tidwell Jr. | 14024 |
| Drew Klein | 14058 |
| David Ryberg | 14050 |
| Esther Corwin | 14053 |
| Larry Paparozzi | 14038 |
| Dean & Antonia Squier | 14043 |
| Aigars Evalvos | 14086 |
| Graeme Carlson | 14097 |
| John Richardson | 14067 |
| Denis Beaulieu | 14062 |
| Joel Koricanek | 14041 |
| Larry Dean Revier | 13916 |
| Kermit P. Rickenberg | 14039 |
| Lesvia Lucas | 13830 |
| Kenneth Sublette | 13358 |
| Elena Icayan | 13924 |
| Frank Y. Yuan | 13919 |
| Doreen & Guy Danko | 14011 |
| Koichi & Fukuko Kobayashi | 13378 |
| Barry R. Abrams | 14001 |
| Jean-Louis Eck | 13875 |