UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |

**FINAL ORDER GRANTING TRUSTEE'S FIFTH OMNIBUS OBJECTION
TO IMPROPER PARTY CLAIMS**

Upon the Trustee's Fifth Omnibus Objection ("Objection") to Certain Improper Party Claims for entry of an order reclassifying the Improper Party Claims as applicable (capitalized terms not defined herein shall have the meaning ascribed to them in the Objection); it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that notice of the Objection and the opportunity for a hearing on the Objection were appropriate under the particular circumstances and that no other or further notice need be given; the Court having considered the Objection, and incorporated by reference herein, and any responses thereto; upon the record of the hearing to consider the Objection; France Morrow having withdrawn her response to the Objection; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. Claim No. 9076 filed by France Morrow ("Improper Party Claim") is hereby allowed in favor of Equity Trust Company, FBO France Morrow as a Futures Customer Class (4d) claim in the amount of $5,676.34.

2. The Trustee's right to (a) amend, modify or supplement the Objection, (b) file additional objections to the claims or any other claims (filed or not) which may be asserted against

{10403-001 ORD A0374834.DOCX}

the estate and/or (c) seek further reduction of any claim to the extent such claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Trustee's right to object on other stated grounds or on any other grounds that the Trustee discovers during the pendency of this case is further preserved.

3. The Improper Party Claim and the objections by the Trustee to such Improper Party Claim, as addressed in the Objection, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to the Improper Party Claim. Any stay of this Order pending appeal by any claimant whose Improper Party Claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection.

4. The Trustee and the Claims Agent are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of this Order.

Dated: 5/14/14

_____
United States Bankruptcy Judge