# United States Bankruptcy Court

## Northern District of Illinois

In re: **Peregrine Financial Group, Inc.**        Case No.: **12-27488**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Name of Transferee:**                           **Name of Transferor**

**Tangerine Funding, LLC**                        **Commodity Investors LP**

Name and Address where notices to transferee      Court Claim Number: **9157**
should be sent                                    Amount of Claim: **$738,734.22**
**One Maritime Plaza, Suite 2100**                Date Claim Filed: 11/9/2012
**San Francisco, CA 94111**
**Attn: Michael Linn**

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Andrew Jones_____        Date: ___January 6, 2015_____
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Northern District of Illinois ("Bankruptcy Court")
Attn: Clerk

AND TO: Peregrine Financial Group, Inc. dba PFG Best ("Debtor")
Case No. 12-27488 (CD)

Claim Number: 9157

Commodity Investors LP and its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Tangerine Funding LLC**
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Tel: 415 421 2132
Attn: Michael G. Linn
Email: mlinn@faralloncapital.com

its successors and assigns ("Buyer"), a 100% undivided interest in and to all rights, title and interest in and to the claim of Seller, as reflected in Claim Numbers set forth above, including all rights of stoppage in transit, replevin and reclamation, in the total amount of $738,734.22 (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 29, 2014.

By: _____
Name: Dan Von Kohorn
Title: Principal, Apt Capital, LLC
(General Partner)