UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 12-27488
PEREGRINE FINANCIAL GROUP, INC., )
) Chapter: 7
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER APPROVING TRUSTEE'S SETTLEMENT WITH BDO USA, LLP f/k/a BDO SEIDMAN, LLP

Upon consideration of the motion (the "Motion") (capitalized terms not defined herein shall have the definitions ascribed to them in the Motion) of Ira Bodenstein, not personally, but as chapter 7 trustee ("Trustee") of Peregrine Financial Group, Inc., pursuant to 11 U.S.C. §§ 105 and 363 and Federal Rule of Bankruptcy Procedure 9019, requesting the entry of an order granting the Trustee authority to enter into a compromise with BDO USA, LLP f/k/a BDO Seidman, LLP; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is ORDERED that:

1. The Motion is hereby granted.

2. The terms of the Settlement as further specified in the Motion and Settlement Agreement are approved pursuant to 11 U.S.C. §§ 105 and 363 and 9019 of the Federal Rules of Bankruptcy Procedure.

3. The Trustee is authorized to take such further actions as may be necessary to consummate the compromise as set forth in the Motion.

4. The Court shall retain jurisdiction to enforce this order after notice and a hearing.

Enter:

Dated: 2/26/15

United States Bankruptcy Judge

**Prepared by:**
Marc S. Reiser
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
312.541.0151

Rev: 20130104_bko