## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **PEREGRINE FINANCIAL GROUP, INC.,** | ) | **Case No. 12-27488** |
| | ) | |
| | ) | **Honorable Judge Carol A. Doyle** |
| Debtor. | ) | |
| | ) | **Hearing Date: August 11, 2016** |
| | ) | **Hearing Time: 10:00 a.m.** |

### <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **Thursday, August 11, 2016 at 10:00 a.m.**, the undersigned shall appear before the Honorable Judge Carol A. Doyle, in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Seventh Interim and Final Application of Paul Hastings LLP, as Trustee's Special Counsel, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 19, 2012 through February 29, 2016**, at which time you may appear if you deem fit.

Dated: July 19, 2016

Respectfully submitted,

Shaw Fishman Glantz & Towbin LLC

By: ___*/s/ Allison B. Hudson*___

Allison B. Hudson (#6313079)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
Phone: (312) 541-0151
Fax: (312) 980-3888

## CERTIFICATE OF SERVICE

Allison B. Hudson certifies that she caused to be served a true copy of the above and foregoing **Notice Of Motion** and **Seventh Interim and Final Application of Paul Hastings LLP, as Trustee's Special Counsel, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 19, 2012 through February 29, 2016** upon the attached Electronic Mail Notice List through the ECF System and on the attached Service List in the manner so indicated on this 19th day of July, 2016.

*/s/ Allison B. Hudson*

**CM/ECF Email Notice List for Case 12-27488:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **R Scott Alsterda**     rsalsterda@nixonpeabody.com
- **Gregory C Armstrong**     gregory.armstrong@armstronglawgroup.com
- **Terence G Banich**     tbanich@shawfishman.com, kbobb@shawfishman.com
- **Stacie E Barhorst**     sbarhorst@kpglaw.com
- **Stephen T. Bobo**     sbobo@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- **Ira Bodenstein**     iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- **Ira Bodenstein**     ibodenstein@shawfishman.com, cowens@shawfishman.com
- **Ira Bodenstein**     ibodenstein@shawfishman.com, cowens@shawfishman.com
- **Patrick W Carothers**     pcarothers@leechtishman.com, ghauswirth@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
- **Paul Catanese**     pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- **David E Cohen**     dcohen@fishercohen.com
- **Brooke E Conner**     bconner@vedderprice.com, ecfdocket@vedderprice.com;shampton@vedderprice.com
- **Brooke E Conner**     bconner@vedderprice.com, ecfdocket@vedderprice.com;shampton@vedderprice.com
- **Jerome F Crotty**     jcrotty@rieckcrotty.com, bhenry@rieckcrotty.com
- **James M. Crowley**     jcrowley@crowleylamb.com, docket@crowleylamb.com;mmusto@crowleylamb.com
- **Carrie E Davenport**     cdavenport@shawfishman.com, kbobb@shawfishman.com
- **Michael C Dell'Angelo**     mdellangelo@bm.net, tstires@bm.net
- **David R Doyle**     ddoyle@shawfishman.com, kjanecki@shawfishman.com
- **Michael M. Eidelman**     meidelman@vedderprice.com, ecfdocket@vedderprice.com
- **Joseph O Enright**     joenright@ohfdlaw.com

- **Robert M Fishman**     rfishman@shawfishman.com, kjanecki@shawfishman.com
- **Robert M Fishman**     rfishman@shawfishman.com, kjanecki@shawfishman.com
- **Geoffrey S. Goodman**     ggoodman@foley.com,
  egreen@foley.com;dnichols@foley.com
- **Geoffrey S. Goodman**     ggoodman@foley.com,
  egreen@foley.com;dnichols@foley.com
- **Ava Gould**     agould@cftc.gov
- **Gordon E. Gouveia**     ggouveia@shawfishman.com, kjanecki@shawfishman.com
- **Gordon E. Gouveia**     ggouveia@shawfishman.com, kjanecki@shawfishman.com
- **Allen J Guon**     aguon@shawfishman.com, cowens@shawfishman.com
- **Allen J Guon**     aguon@shawfishman.com, cowens@shawfishman.com
- **John W Guzzardo**     jguzzardo@shawfishman.com, orafalovsky@shawfishman.com
- **John W Guzzardo**     jguzzardo@shawfishman.com, orafalovsky@shawfishman.com
- **Bernard A Henry**     bhenry@rieckcrotty.com
- **David Paul Holtkamp**     dholtkamp@wfactorlaw.com
- **Stephanie K. Hor-Chen**     schen@vedderprice.com, ecfdocket@vedderprice.com
- **Allison Hudson**     ahudson@shawfishman.com, lgonzalez@shawfishman.com
- **Kevin M Hyde**     khyde@shawfishman.com, kbobb@shawfishman.com
- **Paula K. Jacobi**     pjacobi@btlaw.com, jsantana@btlaw.com
- **Cindy M. Johnson**     cjohnson@jnlegal.net, KLindsey@jnlegal.net
- **Andrew Jones**     andrew@ajoneslaw.com
- **Patrick M Kinnally**     pkinnally@kfkllaw.com,
  mlenert@kfkllaw.com;tdegrado@kfkllaw.com
- **Thomas S Kiriakos**     tkiriakos@mayerbrown.com,
  Courtnotification@mayerbrown.com
- **James C. Koutoulas**     jk@typhoncap.com
- **Vincent E. Lazar**     vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com
- **Vincent E. Lazar**     vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com
- **Randall M Lending**     rlending@vedderprice.com,
  trobinson@vedderprice.com;ecfdocket@vedderprice.com
- **Susan Levy**     susanjlevy@aol.com
- **Kyle A Lindsey**     klindsey@jnlegal.net, cjohnson@jnlegal.net
- **James J McNamara**     jmcnamara@srcattorneys.com
- **Michael C. Moody**     mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **Michael C. Moody**     mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **David A. Newby**     dnewby@comananderson.com, lholub@comananderson.com
- **Michael J O'Rourke**     morourke@orourkeandmoody.com,
  firm@orourkeandmoody.com
- **Michael J O'Rourke**     morourke@orourkeandmoody.com,
  firm@orourkeandmoody.com
- **Francis J. Pendergast**     fpendergast@crowleylamb.com,
  ibenavides@crowleylamb.com;docket@crowleylamb.com
- **James A Pope**     jpope@popelegal.com, G33454@notify.cincompass.com
- **Mark L Radtke**     mradtke@shawfishman.com, mzavala@shawfishman.com

- **Mark L Radtke**    mradtke@shawfishman.com, mzavala@shawfishman.com
- **Jack A Raisner**    JAR@outtengolden.com,
  jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com
- **Marc S Reiser**    mreiser@shawfishman.com, mlites@shawfishman.com
- **Robert E Richards**    robert.richards@dentons.com, NDIL_ECF@dentons.com
- **Peter J Roberts**    proberts@shawfishman.com
- **Steven Robinson**    steven.robinson@sidley.com, steve.robinson@gmail.com
- **Mark J Rose**    mjroseesq@aol.com
- **Rene S Roupinian**    rsr@outtengolden.com,
  jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com
- **Rene S Roupinian**    RSR@outtengolden.com,
  jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com
- **Richard A. Saldinger**    rsaldinger@shawfishman.com, msalazar@shawfishman.com
- **Jessica M Scheller**    jscheller@atg.state.il.us
- **Vincent Paul Schmeltz III**    vschmeltz@btlaw.com,
  jzipfel@btlaw.com;jlennon@btlaw.com
- **Sean T Scott**    stscott@mayerbrown.com, mlotito@mayerbrown.com
- **Scott A Semenek**    scott.semenek@faegrebd.com, droberg@faegrebd.com
- **Brian L Shaw**    bshaw100@shawfishman.com, mzavala@shawfishman.com
- **Peter A Siddiqui**    peter.siddiqui@kattenlaw.com
- **Alan P. Solow**    alan.solow@dlapiper.com,
  docketingchicago@dlapiper.com;oksana.koltko@dlapiper.com
- **Gregory K Stern**    gstern1@flash.net, steve_horvath@ilnb.uscourts.gov
- **Anne W Stukes**    astukes@cftc.gov, ogcecf@cftc.gov
- **William W Thorsness**    wthorsness@vedderprice.com,
  ecfdocket@vedderprice.com;ewatt@vedderprice.com
- **Rue K Toland**    rtoland@mayerbrown.com, docketrequests@mayerbrown.com
- **John Edward Waters**    IDRBankruptcy@Iowa.gov
- **Stefanie Wowchuk McDonald**    stefanie.mcdonald@dentons.com,
  NDIL_ECF@dentons.com
- **Joseph R. Ziccardi**    jziccardi@ziccardilaw.com
- **Jonathan Zinman**    jzinman@soluslp.com

**Parties Served Via U.S. Mail**

CRT Special Investments LLC
Attn:  Joseph Sarachek
262 Harbor Drive
Stamford, CT  06902

**Parties Served Via E-Mail**

Gaivesville Coins, Inc.
c/o Stephanie C. Lieb, Esq.
101 E. Kennedy Blvd., Ste. 2700
Tampa, FL  33602
rcolton@trenam.com
slieb@trenam.com

Outten & Golden LLP
Attn: Jack Raisner/Rene Roupinian
3 Park Ave., 29th Floor
New York, NY  10016
rsr@outtengolden.com
jar@outtengolden.com

Joseph M. Russell
JP Morgan Chase Bank NA
10 S. Dearborn Street
Chicago, IL 60603
Joe.russell@jpmchase.com

John B. Connor
John B. Connor, P.L.C.
1033 N. Fairfax St., Ste. 310
Alexandria, VA  22314
jack@johnbconnor.com

Gilbert B. Weisman
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA  19355
Notices@becket-lee.com

Larry Lefoldt
Lefoldt & Co., P.A.
690 Towne Center Blvd.
Ridgeland, MS  39158
mllefoldt@lefoldt.com

William L. Wallander
John Paul K. Napier
Vinson & Elkins L.L.P.
2001 Ross Avenue, Ste. 3700
Dallas, TX  75201
jnapier@velaw.com
bwallander@velaw.com

Stephen Mertz
Michael Stewart
Faegre Baker Daniels LLP
90 South 7th St., Ste. 2200
Minneapolis, MN  55402
stephen.mertz@faegrebd.com
Michael.stewart@faegrebd.com

Alicia Martin
Attn:  Steven R. Lehr, Esq.
Steven R. Lehr, P.C.
33 Clinton Road, Ste. 100
West Caldwell, NJ  07006
slehr@lehrlaw.com

Lazonia Clark
Chase Paymentech Solutions, LLC
14221 Dallas Parkway
Building II
Dallas, TX 75254-2942
Lazonia.clark@chasepaymentech.com

Andrea M. Momnie
Philip J. Hendel
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
amomnie@hendelcollins.com

Rosemary Hollinger
Regional Counsel
CFTC
525 W, Monroe, Ste. 1100
Chicago, IL  60661
rhollinger@cftc.gov

Vivian Drohan
Drohan Lee LLP
489 Fifth Avenue
New York, NY  10017
vdrohan@dlkny.com

Scott Williamson
Deputy Regional Counsel
525 W. Monroe St., Ste. 1100
Chicago, IL  60661
swilliamson@cftc.gov

Joseph Corrigan
Iron Mountain Information
745 Atlantic Avenue
Boston, MA  02111
bankruptcy2@ironmountain.com

Roy Thompson
15938 SW Quarry Rd., Ste. B-6
Lake Oswego, OR  97035
roythompson@comcast.net

Robert Wasserman
Chief Counsel
CFTC
1155 21st St. N.W.
Washington, D.C.  20581
rwasserman@cftc.gov

Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004-2415
mark.sherrill@sutherland.com

Gretchen M. Silver
Office of US Trustee
219 S. Dearborn, Ste. 873
Chicago, IL  60604
Gretchen.silver@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **PEREGRINE FINANCIAL GROUP, INC.,** | ) | Case No. 12-27488 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:                                      Paul Hastings LLP

Authorized to Provide                                   Ira Bodenstein, not personally, but as
Professional Services to:                               chapter 7 trustee for the estate of
                                                        Peregrine Financial Group, Inc.

Date of Order Authorizing Employment:                   Order entered December 19, 2012; effective as of
                                                        November 19, 2012

Interim Period for Which Compensation
Is Sought:                                              January 1, 2016 through February 29, 2016

Amount of Interim Fees Sought:                          $3,006.50

Amount of Interim Expense
Reimbursement Sought:                                   $0.00

Final Period for Which Compensation
Is Sought:                                              November 19, 2012 through February 29, 2016

Amount of Final Fees Sought:                            $831,008.50

Amount of Final Expense
Reimbursement Sought:                                   $2,860.48

This is an:  Interim Application  _X_     Final Application  _X_

This is the seventh interim and final application filed herein by this professional.

Dated:  July 13, 2016                Applicant:  Paul Hastings LLP

                                     By: _____
                                         *Special Counsel to Ira Bodenstein, as*
                                         *chapter 7 trustee for the estate of*
                                         *Peregrine Financial Group, Inc.*

Mark D. Pollack (#6191939)
Marc J. Carmel (#6272032)
Paul Hastings LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, IL 60606
Phone: (312) 499-6000
Fax: (312) 499-6100

2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **PEREGRINE FINANCIAL GROUP, INC.,** | ) | **Case No. 12-27488** |
| | ) | |
| | ) | **Honorable Carol A. Doyle** |
| | ) | |
| Debtor. | ) | **Hearing Date:  August 11, 2016** |
| | ) | **Hearing Time:  10:00 a.m.** |

### SEVENTH INTERIM AND FINAL APPLICATION OF PAUL HASTINGS LLP, AS TRUSTEE'S SPECIAL COUNSEL, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 19, 2012 THROUGH FEBRUARY 29, 2016

Under 11 U.S.C. §§ 330 and 331 and Rules 2002(a)(6), 2002(i), 2016(a), and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Paul Hastings LLP ("Paul Hastings"), special litigation counsel to Ira Bodenstein, not personally, but as chapter 7 trustee (the "Trustee") for the estate of Peregrine Financial Group, Inc. d/b/a PFG Best (the "Debtor"), respectfully submits this application (the "Application") for (a) allowance and payment of the sums of $3,006.50 as compensation and $0.00 for reimbursement of actual and necessary expenses for the period from January 1, 2016 through February 29, 2016 (the "Interim Fee Period"), which amounts have not been the subject of a previous application, and (b) final allowance of the sums of $831,008.50 as compensation and $2,860.48 for reimbursement of actual and necessary expenses, for a total of $833,868.98, for the period from November 19, 2012 through and including February 29, 2016 (the "Final Fee Period") for legal services rendered to the Trustee.  In support of this Application, Paul Hastings respectfully states as follows:

## BACKGROUND

1.      On July 10, 2012 (the "Petition Date"), the Debtor filed a voluntary case in this Court for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code").

2.      The Trustee was appointed as the successor chapter 7 trustee of the Debtor by the Office of the United States Trustee (the "U.S. Trustee").

3.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      Before the Petition Date, the United States Commodity Futures Trading Commission (the "CFTC") filed a lawsuit in the United States District Court for the Northern District of Illinois alleging that the Debtor and its founder, Russell Wasendorf, Sr. ("Mr. Wasendorf"), committed fraud and customer funds-violations and made false statements (the "Lawsuit").  In connection with the Lawsuit, on July 10, 2012, the District Court entered an order appointing Michael M. Eidelman as the receiver for Mr. Wasendorf's estate.

## RETENTION OF PAUL HASTINGS

5.      On August 9, 2012, the Court entered the "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Trustee's Professionals" [Docket No. 85], and on April 3, 2013, the Court entered the "Order Modifying Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Trustee's Professionals" [Docket No. 614] (collectively, the "Compensation Order").

6.      On December 19, 2012, the Court entered the "Order Authorizing the Employment and Retention of Paul Hastings LLP as Special Litigation Counsel, Retroactive to November 19, 2012" [Docket No. 316] (the "Retention Order"), which authorized the Trustee to employ Paul Hastings as special litigation counsel, effective as of November 19, 2012.  The Retention Order authorizes the Trustee to compensate Paul Hastings at its hourly rates charged

for services of this type and to reimburse Paul Hastings for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, applicable local rules, and orders of this Court, including the Compensation Order.

7.      On May 31, 2013, Paul Hastings submitted its first interim fee application for the period from November 19, 2012 through March 31, 2013 [Docket No. 897]. On July 16, 2013, the Court entered an order approving the fee application and allowing fees in the amount of $221,545.00 and reimbursement of expenses in the amount of $733.55 [Docket No. 1046]. Paul Hastings has received the fees and expenses requested in its first interim fee application.

8.      On November 27, 2013, Paul Hastings submitted its second interim fee application for the period from April 1, 2013 through August 31, 2013 [Docket No. 2056]. At the Trustee's request, Paul Hastings reduced the amount of fees requested for services rendered in April and May, 2013 by $925.00. On December 18, 2013, the Court entered an order approving the fee application and allowing fees in the amount of $159,858.50 and reimbursement of expenses in the amount of $0.00 [Docket No. 2142]. Paul Hastings has received the fees and expenses requested in its second interim fee application.

9.      On May 15, 2014, Paul Hastings submitted its third interim fee application for the period from September 1, 2013 through January 31, 2014 [Docket No. 2538]. On June 18, 2014, the Court entered an order approving the fee application and allowing fees in the amount of $149,107.50 and reimbursement of expenses in the amount of $0.00 [Docket No. 2657]. Paul Hastings has received the fees and expenses requested in its third interim fee application.

10.     On January 9, 2015, Paul Hastings submitted its fourth interim fee application for the period from February 1, 2014 through December 31, 2014 [Docket No. 3309]. On January 28, 2015, the Court entered an order approving the fee application and allowing fees in the amount of $155,862.00 and reimbursement of expenses in the amount of $937.97 [Docket No. 3350]. Paul Hastings has received the fees and expenses requested in its fourth interim fee application.

11.    On August 27, 2015, Paul Hastings submitted its fifth interim fee application for the period from January 1, 2015 through June 30, 2015 [Docket No. 4197].  On September 17, 2015, the Court entered an order approving the fee application and allowing fees in the amount of $117,181.00 and reimbursement of expenses in the amount of $1,777.15 [Docket No.4232]. Paul Hastings has received the fees and expenses requested in its fifth interim fee application.

12.    On February 25, 2016, Paul Hastings submitted its sixth interim fee application for the period from July 1, 2015 through December 31, 2015 [Docket No. 4903].  On March 17, 2016, the Court entered an order approving the fee application and allowing fees in the amount of $24,448.00 and reimbursement of expenses in the amount of $11.81 [Docket No. 4913].  Paul Hastings has received the fees and expenses requested in its sixth interim fee application.

13.    Pursuant to the Retention Order and the Compensation Order, Paul Hastings respectfully submits this seventh interim and final fee application for compensation for professional services rendered and reimbursement of disbursements made in this chapter 7 case during the Final Fee Period.  Paul Hastings performed the services for which it seeks compensation on behalf of the Trustee, and not on behalf of the Debtor, any committee, creditor, or other person.

14.    Except to the extent of payments received pursuant to the Compensation Order, Paul Hastings has not received any payment or promise of payment from any source for services rendered on the Trustee's behalf in this chapter 7 case during the Interim Fee Period.

15.    In accordance with Rule 2016(b), Paul Hastings has not shared, nor agreed to share, (a) any compensation it has received or may receive in this chapter 7 case with another entity other than Paul Hastings' partners, of counsel, associates, and other employees, or (b) any compensation another entity has received or may receive in this chapter 7 case.

## SUMMARY OF SERVICES DURING THE INTERIM FEE PERIOD

16.    During the Interim Fee Period, Paul Hastings advised and represented the Trustee, as special litigation counsel, in connection with the settlement agreement among US Bank Association, customer representative plaintiffs, and the Trustee. In addition, Paul Hastings addressed issues involving the compensation for Paul Hastings as special counsel to the Trustee.

4

17.    Paul Hastings maintains computerized records, in the form of monthly statements, of the time spent by all Paul Hastings' attorneys and paraprofessionals in connection with its representation of the Trustee in this chapter 7 case (the "Fee Statements"). The primary professional services that Paul Hastings rendered during the Interim Fee Period are described below and grouped according to the project categories designated by the U.S. Trustee task codes. Additional matters and further detail are provided in the attorneys' daily time details contained in the Fee Statement for the Interim Fee Period.

### B160   Professional Retention / Compensation Matters
**Hours:  4.60**                    **Fees:  $2,519.00[1]**

During the Interim Fee Period, Paul Hastings continued to address compensation matters related to Paul Hastings' services as special counsel to the Trustee. This includes Paul Hastings' time spent (a) preparing and filing Paul Hastings' sixth interim fee application, (b) drafting a proposed order for interim fees, and (c) performing other activities in accordance with the procedures and standards of the Bankruptcy Code, the Bankruptcy Rules, and the orders of this Court, including the Compensation Order and the Retention Order.

### B191   General Litigation
**Hours:  0.50**                    **Fees:  $487.50**

During the Interim Fee Period, in connection with general litigation issues, Paul Hastings (a) provided counsel to the Trustee regarding the settlement with US Bank Association and customer representative plaintiffs and (b) reviewed documents and communications to inform Paul Hastings' advice to the Trustee regarding the foregoing.

18.    Paul Hastings achieved cost efficiencies by employing a streamlined case management structure. Rather than assigning various attorneys to the myriad of tasks that arose, Paul Hastings identified a core group of attorneys for this matter. Paul Hastings thus avoided the performance of duplicative or unnecessary work.

---

[1]   To date, Paul Hastings has incurred the following hours and associated fees in preparing its interim fee applications: (a) first interim fee application -- 9.3 hours and associated fees of $4,923.00, (b) second interim fee application -- 11.1 hours and associated fees of $5,534.00, (c) third interim fee application -- 5.8 hours and associated fees of $2,457.00, (d) fourth interim fee application -- 5.7 hours and associated fees of $3,381.00, (e) fifth interim fee application  -- 4.1 hours and associated fees of $2,137.00, and (f) sixth interim fee application -- 4.4 hours and associated fees of $2,439.00.

19.    The professional services and related expenses for which Paul Hastings requests interim allowance and payment were rendered as special litigation counsel for the Trustee in this chapter 7 case.  Paul Hastings' services have been necessary and beneficial to, and in the best interests of, the Trustee and the bankruptcy estate, creditors, and other parties in interest.

20.    Paul Hastings respectfully submits that the services for which it seeks compensation were, at the time rendered, believed to be necessary for and beneficial to the Trustee and the bankruptcy estate.  Because of the benefits realized by the Trustee and the estate, Paul Hastings requests that it be allowed and paid at this time, from estate assets, compensation for professional services rendered during the Interim Fee Period in the amount of $3,006.50.

## SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

21.    As special litigation counsel to the Trustee, Paul Hastings incurred (a) fees in the total amount of $3,006.50 and expenses in the total amount of $0.00 during the Interim Fee Period and (b) fees in the total amount of $831,008.50 and expenses in the total amount of $2,860.48 during the Final Fee Period.  Paul Hastings seeks final allowance and payment of these amounts.

22.    The tables below show the name and position of each professional and paraprofessional who provided services during both the Interim Fee Period and the Final Fee Period, that person's date of admission to the bar (if applicable), hourly billing rate, hours worked, and the commensurate compensation requested for services rendered.

### Professionals and Paraprofessionals Who Rendered Services During the Interim Fee Period

| NAME | YEAR OF ADMISSION | HOURLY RATE | HOURS | FEES FOR SERVICES RENDERED |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Mark D. Pollack | 1985 | $975 | 1.50 | $1,462.50 |
| | **TOTAL PARTNERS** | | **1.50** | **$1,462.50** |
| **COUNSEL** | | | | |

| NAME | YEAR OF ADMISSION | HOURLY RATE | HOURS | FEES FOR SERVICES RENDERED |
|---|---|---|---|---|
| Katherine A. Traxler | 1990 | $400 | 2.30 | $920.00 |
| | **TOTAL COUNSEL** | | **2.30** | **$920.00** |
| | | | | |
| **ASSOCIATES** | | | | |
| Alex Maturi | 2012 | $480 | 1.30 | $624.00 |
| | **TOTAL ASSOCIATES** | | **1.30** | **$624.00** |
| | | | | |
| | **TOTAL** | | **5.10** | **$3,006.50** |
| | **BLENDED HOURLY RATE** | | | **$589.51** |

## Professionals and Paraprofessionals Who Rendered Services During the Final Fee Period

| NAME | YEAR OF ADMISSION | HOURLY RATE (including changes)[2] | HOURS | FEES FOR SERVICES RENDERED |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Mark D. Pollack | 1985 | $975 | 135.50 | $132,112.50 |
| Mark D. Pollack | 1985 | $925 | 588.90 | $544,732.50 |
| Mark D. Pollack | 1985 | $875 | 59.00 | $51,625.00 |
| Mark D. Pollack | 1985 | $487.50 (non-working travel) | 10.00 | $4,875.00 |
| Mark D. Pollack | 1985 | $462.50 (non-working travel) | 5.00 | $2,312.50 |
| Mark D. Pollack | 1985 | $437.50 (non-working travel) | 2.00 | $875.00 |
| | **TOTAL PARTNERS** | | **800.40** | **$736,532.50** |
| **COUNSEL** | | | | |
| Marc J. Carmel | 2000 | $825 | 30.80 | $25,410.00 |
| Marc J. Carmel | 2000 | $790 | 8.10 | $6,399.00 |
| Katherine A. Traxler | 1990 | $715 | 7.00 | $5,005.00 |
| Katherine A. Traxler | 1990 | $400 | 7.60 | $3,040.00 |
| Katherine A. Traxler | 1990 | $350 | 20.80 | $7,280.00 |
| | **TOTAL COUNSEL** | | **74.30** | **$47,134.00** |
| **ASSOCIATES** | | | | |
| Alex Maturi | 2012 | $480 | 9.60 | $4,608.00 |
| Alex Maturi | 2012 | $430 | 38.90 | $16,727.00 |
| Alex Maturi | 2012 | $355 | 31.90 | $11,324.50 |

---

[2]    As provided in its retention application [Docket No. 298], Paul Hastings periodically adjusts the hourly billing rate of attorneys and paraprofessionals. Effective January 1, 2016, Paul Hastings adjusted the hourly rates of the timekeepers representing the Trustee in this chapter 7 case.

| NAME | YEAR OF ADMISSION | HOURLY RATE (including changes)[2] | HOURS | FEES FOR SERVICES RENDERED |
|---|---|---|---|---|
| Alex Maturi | 2012 | $350 | 39.60 | $13,860.00 |
| | TOTAL ASSOCIATES | | 120.00 | $46,519.50 |
| **PARAPROFESSIONALS AND OTHER TIMEKEEPERS** | | | | |
| Jocelyn Kuo | N/A | $320 | 0.50 | $160.00 |
| Lito M. Natividad | N/A | $245 | 1.70 | $416.50 |
| Scott B. Snipes | N/A | $205 | 1.20 | $246.00 |
| | TOTAL PARAPROFESSIONALS | | 3.40 | $822.50 |
| | | | | |
| | TOTAL | | 998.10 | $831,008.50 |
| | BLENDED HOURLY RATE | | | $832.59 |

23.    During the Final Fee Period, Paul Hastings' billing rates for attorneys rendering

services to the Trustee ranged from $350 to $975 per hour.  The fees charged by Paul Hastings

in this case were billed in accordance with its existing billing rates and procedures in effect

during the Final Fee Period, except that after discussions with the Trustee, Paul Hastings agreed

to negotiated reductions in rates to address certain issues specific to this case.  Accordingly, the

rates Paul Hastings charged for services rendered during the Final Fee Period are less than the

rates Paul Hastings customarily charges for services rendered in comparable bankruptcy and

nonbankruptcy related matters.  Paul Hastings' customary rates are reasonable based on the

customary compensation charged by comparably skilled practitioners in comparable bankruptcy

and nonbankruptcy cases in a competitive national legal market.

24.    Paul Hastings' attorneys and paraprofessionals expended a total of 5.10 hours

working on this case during the Interim Fee Period and a total of 998.10 hours working on this

case during the Final Fee Period.  Based on the applicable hourly billing rates for the

professionals and paraprofessionals who rendered services, the reasonable value of the services

is $3,006.50 during the Interim Fee Period and $831,008.50 during the Final Fee Period.  In

accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of

fees requested is fair and reasonable given the time spent, the skill required, the rates charged,

the nature, extent, and value of the services rendered, the standing at the bar of the attorneys

who rendered services, the performance of the services within a reasonable amount of time

commensurate with the complexity, importance, and nature of the issues addressed, and the

costs of comparable services other than in a case under the Bankruptcy Code.

## ACTUAL AND NECESSARY EXPENSES

25.    During the Interim Fee Period, Paul Hastings did not incur any expenses in

rendering services in this chapter 7 case.  During the Final Fee Period, Paul Hastings disbursed,

and requests final allowance of, the following sums for actual and necessary expenses in

rendering professional services in this chapter 7 case:

| DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|
| Travel/Airfare | $1,022.00 |
| Travel/Lodging | $878.28 |
| Taxi/Ground Transportation | $300.82 |
| Court Reporting Services | $315.65 |
| Courier & Express Carriers (e.g., Federal Express) | $6.95 |
| Travel/Parking | $108.42 |
| Conference Calls – Domestic | $24.06 |
| In-House Reproduction (1,763 @ $.10 per page) | $176.30 |
| Staff Assistance | $28.00 |
| **TOTAL** | **$2,860.48** |

26.    It is Paul Hastings' policy to charge its clients in all areas of practice for

identifiable, non-overhead expenses incurred in connection with the client's case that would not

have been incurred except for representation of that particular client.  It is Paul Hastings' policy

to charge its client only the amount actually incurred by Paul Hastings in connection with such

items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation,

airfare, meals, and lodging.

27.    Photocopies are generally handled in-house. In this case, Paul Hastings reduced

its photocopy charge from $.20 per page to $.10 per page, in accordance with applicable local

rules.

## PAUL HASTINGS' MONTHLY FEE STATEMENTS

28.    During the Interim Fee Period, Paul Hastings submitted its Fee Statement in accordance with the Compensation Order.  Attached hereto as Exhibit A, and incorporated herein by this reference, is a true and correct copy of the Fee Statement.

29.    Paul Hastings' Fee Statements in this case are in the same form regularly used by Paul Hastings to bill its clients for services rendered and include the date the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service, and the designation of the professional who performed the service.  The tables below detail each Fee Statement for services rendered during both the Interim Fee Period and the Final Fee Period.[3]

### Monthly Fee Statement for Services
### During the Interim Fee Period

| INVOICE NUMBER AND DATE SUBMITTED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | FEES PAID (80%) | EXPENSES PAID (100%) | FEE HOLDBACK (20%) OR UNPAID BALANCE |
|---|---|---|---|---|---|---|
| 2079080 3/15/16 | January and February 2016 | $3,006.50 | $0.00 | $2,405.20 | $0.00 | $601.30 |
| **TOTAL** | | **$3,006.50** | **$0.00** | **$2,405.20** | **$0.00** | **$601.30** |

---

[3]    Paul Hastings will incur additional fees in connection with this Application and the hearing on this Application. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to this Application, but were not processed before the preparation of this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses in a future fee statement or subsequent application to the Court.

## Monthly Fee Statements for Services
## During the Final Fee Period

| INVOICE NUMBER AND DATE SUBMITTED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | FEES PAID (80%) | EXPENSES PAID (100%) | FEE HOLDBACK (20%) OR UNPAID BALANCE |
|---|---|---|---|---|---|---|
| 1953098 1/10/13 | 11/19/12 through 11/30/12 | $22,110.50 | $0.00 | $22,110.50 | $0.00 | $0.00 |
| 1955456 1/10/13 | December 2012 | $54,080.50 | $693.25 | $54,080.50 | $693.25 | $0.00 |
| 1959434 3/19/13 | January 2013 | $60,662.00 | $6.95 | $60,662.00 | $6.95 | $0.00 |
| 1963392 3/21/13 | February 2013 | $43,573.00 | $33.35 | $43,573.00 | $33.35 | $0.00 |
| 1965894 4/11/13 | March 2013 | $41,119.00 | $0.00 | $41,119.00 | $0.00 | $0.00 |
| 1969387 6/6/13 | April 2013 | $19,601.00 | $0.00 | $19,601.00 | $0.00 | $0.00 |
| 1974386 6/20/13 | May 2013 | $42,341.00 | $0.00 | $42,341.00 | $0.00 | $0.00 |
| 1976901 7/23/13 | June 2013 | $33,878.00 | $0.00 | $33,878.00 | $0.00 | $0.00 |
| 1982132 9/12/13 | July 2013 | $22,043.00 | $0.00 | $22,043.00 | $0.00 | $0.00 |
| 1983865 9/24/13 | August 2013 | $41,995.50 | $0.00 | $41,995.50 | $0.00 | $0.00 |
| 1986707 10/22/13 | September 2013 | $16,087.50 | $0.00 | $16,087.50 | $0.00 | $0.00 |
| 1990799 11/19/13 | October 2013 | $31,934.50 | $0.00 | $31,934.50 | $0.00 | $0.00 |
| 1995026 12/19/13 | November 2013 | $24,715.00 | $0.00 | $24,715.00 | $0.00 | $0.00 |
| 1997792 1/16/14 | December 2013 | $35,424.00 | $0.00 | $35,424.00 | $0.00 | $0.00 |
| 1999939 2/11/14 | January 2014 | $40,946.50 | $0.00 | $40,946.50 | $0.00 | $0.00 |
| 2003112 3/13/14 | February 2014 | $22,017.50 | $0.00 | $22,017.50 | $0.00 | $0.00 |
| 2006678 4/10/14 | March 2014 | $17,163.50 | $6.90 | $17,163.50 | $6.90 | $0.00 |
| 2009897 5/13/14 | April 2014 | $10,316.50 | $0.00 | $10,316.50 | $0.00 | $0.00 |
| 2015989 6/26/14 | May 2014 | $6,552.00 | $0.00 | $6,552.00 | $0.00 | $0.00 |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| 2017778 7/17/14 | June 2014 | $20,485.00 | $0.00 | $20,485.00 | $0.00 | $0.00 |
| 2022823 9/10/14 | July 2014 | $30,827.50 | $60.30 | $30,827.50 | $60.30 | $0.00 |
| 2024210 9/30/14 | August 2014 | $1,843.50 | $0.00 | $1,843.50 | $0.00 | $0.00 |
| 2025990 10/21/14 | September 2014 | $4,573.50 | $0.00 | $4,573.50 | $0.00 | $0.00 |
| 2030012 11/20/14 | October 2014 | $6,912.00 | $0.00 | $6,912.00 | $0.00 | $0.00 |
| 2033526 12/18/14 | November 2014 | $30,661.50 | $870.77 | $30,661.50 | $870.77 | $0.00 |
| 2035430 1/6/15 | December 2014 | $4,509.50 | $0.00 | $4,509.50 | $0.00 | $0.00 |
| 2038588 2/24/15 | January 2015 | $15,057.50 | $0.00 | $15,057.50 | $0.00 | $0.00 |
| 2042223 3/26/15 | February 2015 | $11,395.00 | $0.00 | $11,395.00 | $0.00 | $0.00 |
| 2044556 4/16/15 | March 2015 | $2,890.00 | $0.00 | $2,890.00 | $0.00 | $0.00 |
| 2049871 5/26/15 | April 2015 | $10,218.50 | $0.00 | $10,218.50 | $0.00 | $0.00 |
| 2053081 6/25/15 | May 2015 | $37,175.00 | $1,177.15 | $37,175.00 | $1,177.15 | $0.00 |
| 2056237 7/28/15 | June 2015 | $40,445.00 | $0.00 | $40,445.00 | $0.00 | $0.00 |
| 2061357 9/22/15 | July and August 2015 | $5,324.50 | $0.00 | $5,324.50 | $0.00 | $0.00 |
| 2065831 10/22/15 | September 2015 | $9,742.50 | $11.81 | $9,742.50 | $11.81 | $0.00 |
| 2073537 1/12/16 | October, November, and December 2015 | $9,381.00 | $0.00 | $9,381.00 | $0.00 | $0.00 |
| 2079080 3/15/16 | January and February 2016 | $3,006.50 | $0.00 | $2,405.20 | $0.00 | $601.30 |
| **TOTAL** | | **$831,008.50** | **$2,860.48** | **$830,407.20** | **$2,860.48** | **$601.30** |

30.    Neither the Trustee nor any other entity has objected to the amounts requested by

Paul Hastings for services performed and expenses incurred in the Fee Statement submitted for

the Interim Fee Period.  Accordingly, Paul Hastings has received interim payments to date for

services provided during the Interim Fee Period in the amount of $2,405.20 in fees and $0.00 in expenses (collectively, the "Interim Payments") in accordance with the Compensation Order.

## NOTICE

31.    Notice of this Application has been given to:  (a) the Trustee; (b) the U.S. Trustee; (c) the CFTC; (d) the National Futures Association; and (e) parties requesting notice in this chapter 7 case.  Based on the extent of the notice already provided, Paul Hastings respectfully requests that additional notice of the hearing on this Application be excused for good cause shown pursuant to Bankruptcy Rules 2006(a)(6), 2002(i), and 9007.

WHEREFORE, Paul Hastings respectfully requests that the Court enter an order, substantially in the form attached hereto: (i) allowing interim compensation for professional services rendered during the Final Fee Period in the amount of $831,008.50 (which includes fees of $3,006.50 incurred during the Interim Fee Period), and reimbursement of actual and necessary expenses incurred during the Final Fee Period in the amount of $2,860.48 (which includes expenses of $0.00 incurred during the Interim Fee Period), for a total of $833,868.98; (ii) authorizing and directing the Trustee's payment of the difference between the amounts allowed and the amounts previously paid pursuant to the Compensation Order; and (iii) granting Paul Hastings such other and further relief as is just.

Respectfully submitted,

Dated: July 13, 2016                    Applicant:  Paul Hastings LLP

                                        By: _____

                                        *Special Counsel to Ira Bodenstein,*
                                        *as chapter 7 trustee for the estate of*
                                        *Peregrine Financial Group, Inc.*

Mark D. Pollack (#6191939)
Marc J. Carmel (#6272032)
Paul Hastings LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, IL 60606
Phone: (312) 499-6000
Fax: (312) 499-6100

14

**EXHIBIT A**

**FEE STATEMENT**
**FOR SERVICES RENDERED DURING THE INTERIM FEE PERIOD**

(attached)



**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

Ira Bodenstein
321 N. Clark Street
c/o Shaw Fishman LLC
Suite 800
Chicago, IL 60654

March 11, 2016

Please Refer to
Invoice Number: 2079080

Attn: Ch. 7 Trustee

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Peregrine Chapter 7**
PH LLP Client/Matter # 90122-00002
Mark D. Pollack

Legal fees for professional services
for the period ending February 29, 2016                $3,006.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$3,006.50** |
| **Total Balance Due** | **$3,006.50** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206084519
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

Comment: Please refer to the client, matter and invoice number listed above.
Refer all questions to Billing at billing@paulhastings.com

# PAUL
# HASTINGS

**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

Ira Bodenstein
321 N. Clark Street
c/o Shaw Fishman LLC
Suite 800
Chicago, IL 60654

March 11, 2016

Please Refer to
Invoice Number: 2079080

Attn: Ch. 7 Trustee

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Peregrine Chapter 7**
PH LLP Client/Matter # 90122-00002
Mark D. Pollack

| | |
|---|---:|
| Legal fees for professional services for the period ending February 29, 2016 | $3,006.50 |
| **Current Fees and Costs Due** | **$3,006.50** |
| **Total Balance Due** | **$3,006.50** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206084519
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

Comment: Please refer to the client, matter and invoice number listed above.
Refer all questions to Billing at billing@paulhastings.com

# PAUL
# HASTINGS

**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100 | www.paulhastings.com

Ira Bodenstein
321 N. Clark Street
c/o Shaw Fishman LLC
Suite 800
Chicago, IL 60654

March 11, 2016

Please Refer to
Invoice Number: 2079080

Attn: Ch. 7 Trustee

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 29, 2016

**Peregrine Chapter 7**                                                           **$3,006.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | | |
| 01/07/2016 | KAT2 | Draft monthly fee application including December 2015 services | 0.10 | 400.00 | 40.00 |
| 01/12/2016 | KAT2 | Prepare correspondence to Notice Parties regarding fee request for October through December 2015 services | 0.10 | 400.00 | 40.00 |
| 02/18/2016 | KAT2 | Review correspondence from A. Hudson (Shaw Fishman) regarding sixth interim fee application | 0.10 | 400.00 | 40.00 |
| 02/18/2016 | KAT2 | Draft sixth interim fee application for period from July 1, 2015 through December 31, 2015 | 0.30 | 400.00 | 120.00 |
| 02/23/2016 | AM32 | Revise sixth interim fee application, including sections regarding services provided during fee period | 0.70 | 480.00 | 336.00 |
| 02/23/2016 | KAT2 | Correspond with A. Hudson regarding interim fee application | 0.10 | 400.00 | 40.00 |

Ira Bodenstein                                                                                              Page 2
90122-00002
Invoice No. 2079080

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/23/2016 | KAT2 | Correspond with M. Pollack and M. Carmel regarding sixth interim fee application | 0.10 | 400.00 | 40.00 |
| 02/23/2016 | KAT2 | Draft proposed order on sixth interim fee application | 0.10 | 400.00 | 40.00 |
| 02/23/2016 | KAT2 | Draft sixth interim fee application | 1.10 | 400.00 | 440.00 |
| 02/23/2016 | MDP3 | Review and revise draft interim fee application | 0.50 | 975.00 | 487.50 |
| 02/24/2016 | AM32 | Revise sixth interim fee application, including sections regarding services provided during fee period | 0.60 | 480.00 | 288.00 |
| 02/24/2016 | MDP3 | Review and revise interim fee application | 0.30 | 975.00 | 292.50 |
| 02/25/2016 | KAT2 | Correspond with A. Hudson (Bernstein Shur) regarding interim fee application | 0.10 | 400.00 | 40.00 |
| 02/25/2016 | KAT2 | Draft interim fee application | 0.10 | 400.00 | 40.00 |
| 02/25/2016 | KAT2 | Correspond with M. Carmel regarding interim fee application | 0.10 | 400.00 | 40.00 |
| 02/25/2016 | MDP3 | Review revised fee application and related correspondence from K. Traxler | 0.20 | 975.00 | 195.00 |
| **Subtotal: B160   Fee/Employment Applications** | | | **4.60** | | **2,519.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/04/2016 | MDP3 | Review spreadsheets and calculations regarding settlement distribution payments | 0.30 | 975.00 | 292.50 |
| 01/04/2016 | MDP3 | Review correspondence from lead plaintiff's counsel regarding revisions to settlement distribution payments | 0.20 | 975.00 | 195.00 |
| **Subtotal: B191  General Litigation** | | | **0.50** | | **487.50** |

|  |  |  |  |  |  |
|------|----------|-------------|-------|------|--------|
| **Total** | | | **5.10** | | **3,006.50** |

Ira Bodenstein
90122-00002
Invoice No. 2079080

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| MDP3 | Mark D. Pollack | Partner | 1.50 | 975.00 | $1,462.50 |
| KAT2 | Katherine A. Traxler | Of Counsel | 2.30 | 400.00 | $920.00 |
| AM32 | Alex Maturi | Associate | 1.30 | 480.00 | $624.00 |

**Current Fees and Costs**                    **$3,006.50**

**Total Balance Due**                         **$3,006.50**