**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| _____ ) | | |
| In re: ) | | Chapter 7 |
| ) | | |
| ) | | Case No. 12-27488 |
| PEREGRINE FINANCIAL GROUP, INC., ) | | |
| ) | | Hon. Judge Carol A. Doyle |
| ) | | |
| Debtor. ) | | |
| _____ ) | | |

**U.S. COMMODITY FUTURES TRADING COMMISSION'S
<u>NOTICE OF LAPSE IN APPROPRIATIONS</u>**

Undersigned counsel respectfully files this Notice because the Commodity Futures Trading Commission has intervened in this case under 11 U.S.C. § 762(b). As the Court is aware, funding for the federal government expired at the end of December 21, 2018, and Congress did not enact a budget for this fiscal year or pass a continuing resolution. Non-essential government employees from many federal agencies, including undersigned counsel, are now on furlough status and prohibited by law from performing actions related to their employment. *See* 31 U.S.C. § 1341 ("Anti-Deficiency Act"). Accordingly, the Commodity Futures Trading Commission hereby notifies the Court that, in the event the Court should require any action by the Commission, the undersigned will respond as soon as practicable after the conclusion of any shutdown. We regret any inconvenience this may cause. In the event the Court needs to communicate with counsel for the CFTC in case of emergency, the following counsel will be available during the government shutdown: Daniel J. Davis, Esq., General

Counsel, U.S. Commodity Futures Trading Commission, 1155 21st Street NW, Washington, DC 20581, ddavis@cftc.gov, (202) 374-5119 – mobile; or (202) 418-5649 – office.

Dated:  December 26, 2018               Respectfully submitted,

                                              UNITED STATES COMMODITY
                                              FUTURES TRADING COMMISSION

                    By:    /s/ Anne W. Stukes
                           *Pro Hac Vice*
                           D.C. Bar No. 469446

                           Anne W. Stukes
                           Office of General Counsel
                           U.S. Commodity Futures Trading
                             Commission
                           Three Lafayette Centre
                           1155 21st Street, N.W.
                           Washington, D.C.  20581

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I caused to be served a true copy of the foregoing Notice of Lapse in Appropriations on all parties registered to receive email notice/service for this case by the court's CM/ECF system.

                                              /s/ Anne W. Stukes