## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **PEREGRINE FINANCIAL GROUP, INC.,** | ) | **Case No. 12-27488** |
| | ) | |
| | ) | **Honorable Judge Carol A. Doyle** |
| **Debtor.** | ) | |
| | ) | **Hearing Date: February 14, 2019** |
| | ) | **Hearing Time: 10:00 a.m.** |

### <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **February 14, 2019 at 10:00 a.m.**, the undersigned shall appear before the Honorable Judge Carol A. Doyle, in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Tenth Interim and Final Application of Shaw Fishman Glantz & Towbin LLC as Counsel for the Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief,** at which time you may appear if you deem fit.

Dated: January 23, 2019

Respectfully submitted,

Shaw Fishman Glantz & Towbin LLC

By: ___*/s/ Christina M. Sanfelippo*___

Robert M. Fishman (#3124316)
Christina M. Sanfelippo (#6321440)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois  60654
Phone: (312) 541-0151
Fax: (312) 980-3888

## <u>CERTIFICATE OF SERVICE</u>

Christina M. Sanfelippo certifies that she caused to be served a true copy of the above and foregoing **Notice Of Motion** and **Tenth Interim and Final Application of Shaw Fishman Glantz & Towbin LLC as Counsel for the Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses and for Related Relief** upon the attached Electronic Mail Notice List through the ECF System and on the attached Service List in the manner so indicated on this 23rd day of January, 2019.

*/s/ Christina M. Sanfelippo*

**CM/ECF Email Notice List for Case 12-27488:**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- R Scott Alsterda    rsalsterda@nixonpeabody.com
- Gregory C Armstrong    gregory.armstrong@armstronglawgroup.com
- Terence G Banich    tbanich@foxrothschild.com, kjanecki@foxrothschild.com
- Terence G Banich    tbanich@shawfishman.com, kjanecki@foxrothschild.com
- Stephen T. Bobo    sbobo@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- Ira Bodenstein    ibodenstein@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Ira Bodenstein    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Terrence Buehler    tbuehler@tbuehlerlaw.com, cbunker@tbuehlerlaw.com
- Patrick W Carothers    pcarothers@leechtishman.com, ghauswirth@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- David E Cohen    dcohen@fishercohen.com
- Brooke E Conner    bconner@vedderprice.com, ecfdocket@vedderprice.com;shampton@vedderprice.com;brooke-conner-0457@ecf.pacerpro.com;7610@ecf.pacerpro.com
- Brooke E Conner    bconner@vedderprice.com, ecfdocket@vedderprice.com;shampton@vedderprice.com;brooke-conner-0457@ecf.pacerpro.com;7610@ecf.pacerpro.com
- Jerome F Crotty    jcrotty@rieckcrotty.com, bhenry@rieckcrotty.com
- James M. Crowley    jcrowley@plunkettcooney.com, docket@plunkettcooney.com;mmusto@plunkettcooney.com
- Carrie E Davenport    cdavenport@shawfishman.com, kbobb@shawfishman.com
- Michael C Dell'Angelo    mdellangelo@bm.net, tstires@bm.net
- Jennifer Devroye    jdevroye@foxrothschild.com, kjanecki@foxrothschild.com
- David R Doyle    ddoyle@foxrothschild.com, kjanecki@foxrothschild.com

- Michael M. Eidelman    meidelman@vedderprice.com,
  ecfdocket@vedderprice.com;michael-eidelman-
  9405@ecf.pacerpro.com;7610@ecf.pacerpro.com
- Joseph O Enright    penright@ohfdlaw.com, dyucuis@ohfdlaw.com
- Robert M Fishman    rfishman@foxrothschild.com, kjanecki@foxrothschild.com
- Geoffrey S. Goodman    ggoodman@foley.com,
  egreen@foley.com;dnichols@foley.com
- Geoffrey S. Goodman    ggoodman@foley.com,
  egreen@foley.com;dnichols@foley.com
- Ava Gould    agould@cftc.gov
- Gordon E. Gouveia    ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
- Allen J Guon    aguon@foxrothschild.com,
  plove@foxrothschild.com;chdocket@foxrothschild.com
- John W Guzzardo    jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- Bernard A Henry    bhenry@rieckcrotty.com
- David Paul Holtkamp    dholtkamp@wfactorlaw.com
- Stephanie K. Hor-Chen    schen@vedderprice.com
- Allison Hudson    ahudson@vedderprice.com, ecfdocket@vedderprice.com
- Kevin M Hyde    khyde@shawfishman.com, kbobb@shawfishman.com
- Paula K. Jacobi    pjacobi@btlaw.com, jsantana@btlaw.com
- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Andrew Jones    andrew@ajoneslaw.com
- Patrick M Kinnally    pkinnally@kfkllaw.com,
  mlenert@kfkllaw.com;tdegrado@kfkllaw.com
- Thomas S Kiriakos    tkiriakos@mayerbrown.com, Courtnotification@mayerbrown.com
- James C. Koutoulas    jk@typhoncap.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Vincent E. Lazar    vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com
- Vincent E. Lazar    vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com
- Randall M Lending    rlending@vedderprice.com,
  trobinson@vedderprice.com;ecfdocket@vedderprice.com;7610@ecf.pacerpro.com;randa
  ll-lending-6329@ecf.pacerpro.com;toni-robinson-6174@ecf.pacerpro.com
- Susan Levy    susanjlevy@aol.com
- Kyle A Lindsey    klindsey@jnlegal.net, cjohnson@jnlegal.net
- James J McNamara    jmcnamara@srcattorneys.com
- Michael C. Moody    mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Michael C. Moody    mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- David A. Newby    dnewby@momkus.com, lholub@momkus.com
- Michael J O'Rourke    morourke@orourkeandmoody.com, firm@orourkeandmoody.com
- Michael J O'Rourke    morourke@orourkeandmoody.com, firm@orourkeandmoody.com
- Francis J. Pendergast    fpendergast@crowleylamb.com,
  mfarhoud@crowleylamb.com;docket@crowleylamb.com
- James A Pope    jpope@popelegal.com, G33454@notify.cincompass.com

- Mark L Radtke    mradtke@foxrothschild.com,
  plove@foxrothschild.com;chdocket@foxrothschild.com
- Jack A Raisner    jar@outtengolden.com,
  jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com
- Robert E Richards    robert.richards@dentons.com, NDIL_ECF@dentons.com
- Peter J Roberts    proberts@foxrothschild.com, cknez@foxrothschild.com
- Steven Robinson    steven.robinson@sidley.com, steve.robinson@gmail.com
- Mark J Rose    mjroseesq@aol.com
- Rene S Roupinian    rsr@outtengolden.com,
  jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com;jquinone
  z@outtengolden.com;bkouroupas@outtengolden.com
- Richard A. Saldinger    rsaldinger@llflegal.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Jessica M Scheller    jscheller@atg.state.il.us
- Vincent Paul Schmeltz III    vschmeltz@btlaw.com,
  jzipfel@btlaw.com;jlennon@btlaw.com
- Sean T Scott    stscott@mayerbrown.com, mlotito@mayerbrown.com
- Scott A Semenek    scott.semenek@faegrebd.com, droberg@faegrebd.com
- Brian L Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com
- Peter A Siddiqui    peter.siddiqui@kattenlaw.com
- Alan P. Solow    alan.solow@dlapiper.com,
  docketingchicago@dlapiper.com;oksana.koltko@dlapiper.com
- David Stein    ds@girardgibbs.com, 7316370420@filings.docketbird.com
- Gregory K Stern    greg@gregstern.com, steve_horvath@ilnb.uscourts.gov
- Anne W Stukes    astukes@cftc.gov, ogcecf@cftc.gov
- Jonathan D Sundheimer    jsundheimer@btlaw.com
- William W Thorsness    wthorsness@vedderprice.com,
  ecfdocket@vedderprice.com;ewatt@vedderprice.com;7610@ecf.pacerpro.com;william-
  thorsness-6297@ecf.pacerpro.com
- Rue K Toland    rtoland@mayerbrown.com
- John Edward Waters    IDRBankruptcy@Iowa.gov
- Stefanie Wowchuk McDonald    stefanie.mcdonald@dentons.com,
  NDIL_ECF@dentons.com
- Joseph R. Ziccardi    jziccardi@ziccardilaw.com
- Jonathan Zinman    jzinman@soluslp.com
- Bruce E de'Medici    bdemedici@gmail.com

### Parties Served Via E-Mail

| | |
|---|---|
| Joseph M. Russell | Scott Williamson |
| JP Morgan Chase Bank | Deputy Regional |
| NAJoe.russell@jpmchase.com | Counselswilliamson@cftc.gov |

| | |
|---|---|
| Rosemary Hollinger<br>Regional Counsel<br>CFTC<br>rhollinger@cftc.gov | Jack Raisner/Rene Roupinian<br>Outten & Golden LLP<br>rsr@outtengolden.com<br>jar@outtengolden.com |
| Gilbert B. Weisman<br>Becket & Lee LLP<br>Notices@becket-lee.com | Larry Lefoldt<br>Lefoldt & Co., P.A.<br>mllefoldt@lefoldt.com |
| Pat DiMaria<br>Peregrine Financial Group, Inc.<br>pdimaria@pfgbest.com | Gretchen M. Silver<br>Office of US Trustee<br>Gretchen.silver@usdoj.gov |
| Roy Thompson<br>roythompson@comcast.net | Joseph Corrigan<br>Iron Mountain Information Management, LLC<br>Bankruptcy2@ironmountain.com |
| Robert Wasserman<br>Chief Counsel, CFTC<br>rwasserman@cftc.gov | |

## Parties Served Via U.S. Mail (Notice of Motion Only)

**A copy of the Notice of Motion was served on the following parties, with the complete application available upon request to the Trustee's counsel:**

| | |
|---|---|
| ASM Capital SPV, L.P.<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | ASM Capital V, L.P.<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 |
| ASM Capital, L.P.<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | ASM INSOLVE,L.P.<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 |
| ASM SIP, L.P.<br>7600 Jericho Turnpike<br>Suite 302<br>Woodbury, NY 11797 | Jeffrey H. Bergman<br>Ungaretti & Harris LLP<br>70 West Madison, Suite 3500<br>Chicago, IL 60602 |
| Blackwell Partners, LLC<br>c/o DUMAC, Inc.<br>280 South Mangum Street, Suite 210<br>Durham, NC 27701-3675 | Bowery Acquisition, LLC<br>1325 Avenue of the Americas<br>28th Floor<br>New York, NY 10019 |
| Bowery Opportunity Fund, L.P.<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | Bowery Opportunity Fund, Ltd.<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 |

250034\00001\83335186.v1

Thomas Burke
53 W. Jackson Blvd.
Suite 1441
Chicago, IL 60604

CRT Special Investments LLC
Attn: Joseph Sarachek
262 Harbor Drive
Stamford, CT 06902

CapRok Capital LLC
555 Theodore Fremd Ave., Suite C-301
Rye, NY 10580

Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

John B. Connor
John B. Connor, P.L.C.
1033 N. Fairfax Street, Suite 310
Alexandria, VA 22314

Priscilla H Douglas
Office of the General Counsel
18201 Von Karman Ave Ste 800
Irvine, CA 92612

Vivian R. Drohan
Drohan Lee LLP
489 Fifth Avenue
New York, NY 10017

Fair Harbor Capital LLC
PO Box 237037
New York, NY 10023

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Philip J. Hendel
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103

Iron Mountain Information Management, LLC
745 Atlantic Avenue
Boston, MA 02111-2735

Steven R. Lehr, Esq
Steven R. Lehr, P.C.
33 Clinton Road, Suite 100
West Caldwell, NJ 07006

Stephanie Crane Lieb
Trenam Kemker
101 E. Kennedy Blvd., #2700
Tampa, FL 33602

Liquidity Solutions, Inc.
One University Plaza
Suite 312
Hackensack, NJ 07601

Michael P Mallaney
Hudson, Mallaney, Shindler & Anderson, P
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265

Stephen M. Mertz
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Andrea M. Momnie
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103

NKR Trading LLC
2236 Seabury Ave
Minneapolis, MN 55406

Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004-2415

Solus Core Opportunities LP
C/O Solus Alternative Assest Management
410 Park Avenue, 11th floor
New York, NY 10022

250034\00001\83335186.v1

Solus Recovery Fund II Master LP
c/o Solus Recovery Fund II Master LP
410 Park Avenue, 11th Floor
New York, NY 10022

Solus Recovery LH Fund LP
c/o Solus Alternative Asset Management L
410 Park Avenue, 11th Floor
New York, NY 10022

Sonar Credit Partners II, LLC
80 Business Park Drive
Suite 208
Armonk, NY 10504

Sonar Credit Partners III, LLC
80 Business Park Drive
Suite 208
Armonk, NY 10504

Sparta Group MA LLC Series 20
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Michael R. Stewart
Faegre Baker Daniels LLP
2200 Wells Fargo Center
Minneapolis, MN 55402

TR Capital Management, LLC
PO BOX 633
Woodmere, NY 11598

William Wallander
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

Rebecca J Wing, Esq
Bellows And Bellows
79 W Monroe St-Ste 800
Chicago, IL 60603

250034\00001\83335186.v1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PEREGRINE FINANCIAL GROUP, INC., | ) | Case No. 12-27488 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| Debtor. | ) | |
| | ) | Hearing Date:  February 14, 2019 |
| | ) | Hearing Time: 10:00 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Ira Bodenstein, Trustee |
| Date of Order Authorizing Employment: | July 31, 2012 |
| Period for Which Compensation is Sought: | January 1, 2018 through June 10, 2018 |
| Amount of Fees Sought: | $159,264.50 |
| Amount of Expense Reimbursement Sought: | $1,718.00 |

| This is a(n): | ☐ Interim Application | ☒ Final Application |
|---|---|---|

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 1/11/2013 | 7/10/2012 – 10/31/ 2012 | $692,305.15 | $692,305.15 | N/A |
| 5/31/2013 | 11/1/2012 – 3/31/2013 | $764,485.54 | $764,485.54 | N/A |
| 11/27/2013 | 4/1/2012 – 8/31/2013 | $654,442.43 | $654,442.43 | N/A |
| 5/14/2014 | 9/1/2013 – 1/31/2014 | $610,283.68 | $609,616.68 | $667.00 |

| 1/9/2015 | 2/1/2014 – 11/30/2014 | $1,052,434.72 | $1,052,434.72 | N/A |
|---|---|---|---|---|
| 8/27/2015 | 12/1/2014 – 6/30/2015 | $394,783.69 | $394,783.69 | N/A |
| 2/25/2016 | 7/1/2015 – 12/31/2015 | $137,137.46 | $137,137.46 | N/A |
| 2/28/2017 | 1/1/2016 – 12/31/2016 | $198,800.10 | $198,800.10 | N/A |
| 3/21/2018 | 1/1/2017 – 12/31/2017 | $327,658.50 | $327,641.20 | $17.30 |

| Applicant: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Date: January 23, 2019 | By:   /s/ Robert M. Fishman |
| | |

250034\00001\83335186.v1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **PEREGRINE FINANCIAL GROUP, INC.,** | ) | **Case No. 12-27488** |
| | ) | |
| | ) | **Honorable Judge Carol A. Doyle** |
| **Debtor.** | ) | |
| | ) | **Hearing Date:  February 14, 2019** |
| | ) | **Hearing Time: 10:00 a.m.** |

### TENTH INTERIM AND FINAL APPLICATION OF
### SHAW FISHMAN GLANTZ & TOWBIN LLC AS COUNSEL FOR THE TRUSTEE FOR
### ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
### EXPENSES AND FOR RELATED RELIEF

Robert M. Fishman and the law firm of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") applies to this Court (the "Application"), pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(i), 2016(a) and 9007, for the (i) final allowance and payment of $159,264.50 in compensation for 372.85 hours of professional services (the "Services") rendered on behalf of Ira Bodenstein, not personally, but as chapter 7 trustee (the "Trustee") for the estate of Peregrine Financial Group, Inc. d/b/a PFG Best (the "Debtor"), and for the reimbursement of $1,718.00 for expenses (the "Expenses") incurred incidental to the Services during the period of January 1, 2018 to June 10, 2018 (the "Application Period"), (ii) payment of the Holdback Amount (defined below), and (iii) final approval of compensation and expense reimbursement previously applied for and awarded by this Court on an interim basis.  In support of this Application, Shaw Fishman respectfully states as follows:

### BACKGROUND

1.      On July 10, 2012 (the "Petition Date"), the Debtor filed a voluntary case under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), thereby commencing the above-entitled case (the "Case").

2.      The Trustee was appointed as the successor Chapter 7 Trustee of the Debtor by the Office of the U.S. Trustee (the "U.S. Trustee"), has accepted his appointment, and is acting, duly qualified, as Trustee of the Debtor.

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

4.      Prior to the Petition Date, the United States Commodity Futures Trading Commission ("CFTC") filed a lawsuit in the United States District Court for the Northern District of Illinois alleging that the Debtor and its founder, Russell Wasendorf Sr. ("Wasendorf"), committed fraud, customer-funds violations and made false statements (the "Lawsuit").   In connection with the Lawsuit, on July 10, 2012, the District Court entered an order appointing Michael M. Eidelman (the "Receiver") as the receiver for the Wasendorf estate.

5.      The Debtor conducted a futures and option on futures brokerage customer business and forex customer business pursuant to its FCM registration, and also covered other separate business lines.   As of the Petition Date, the Debtor had approximately 24,000 aggregate customer accounts over all of its lines of business, including approximately 17,000 futures customer accounts.

## RETENTION OF SHAW FISHMAN

6.      On July 31, 2012, the Trustee applied to this Court for an order approving the retention of Shaw Fishman[1] as general bankruptcy counsel in connection with the Case and the compensation arrangement related thereto, effective as of the Petition Date (the "Retention Application").

---

[1] At the time of its retention, Shaw Fishman was known as Shaw Gussis Fishman Glantz Wolfson & Towbin LLC.  Effective October 1, 2012, the name of the firm was changed to Shaw Fishman Glantz & Towbin LLC.

250034\00001\83335186.v1

7.      Also on July 31, 2012, the Trustee filed a motion for approval of procedures for interim compensation and reimbursement of expenses of professionals (the "Interim Compensation Procedures"), which provides for, *inter alia*, service of an invoice each month (the "Monthly Invoices") and monthly compensation for services provided by the Trustee's professionals at 80% and full reimbursement of actual expenses, subject to review by the U.S. Trustee, counsel to the CFTC, counsel to the National Futures Association (the "NFA") and further subject to the Court's approval as part of the normal interim and final fee application process.

8.      On August 9, 2012, this Court signed orders (i) authorizing the Trustee to employ Shaw Fishman as his general bankruptcy counsel in the connection with the Case effective as of the Petition Date (the "Retention Order"), and (ii) approving the Interim Compensation Procedures (the "Procedures Order").

9.      On April 3, 2013, the Court entered its Order Modifying the Compensation Order [Docket No. 614] ("Modification Order").  Pursuant to the Modification Order, the Trustee's professionals, including Shaw Fishman, may redact confidential information from their fee statements.  Accordingly, certain of Shaw Fishman's Monthly Invoices are partially redacted in accordance with the Modification Order.

## THE SERVICES RENDERED BY SHAW FISHMAN GENERALLY

10.      From and after the inception of Shaw Fishman's representation of the Trustee up to and including the present time, Shaw Fishman has served as legal counsel to the Trustee with respect to all bankruptcy matters that have arisen in or with respect to the Case.  In connection therewith, from the commencement of the Trustee's appointment, Shaw Fishman assisted the Trustee in securing and subsequently commencing the process of liquidating all of the Debtor's assets.

250034\00001\83335186.v1

11.     During the Application Period, Shaw Fishman assisted the Trustee with various matters, including prosecuting adversary proceedings and negotiating settlements of the Trustee's claims against numerous individuals and entities. Additionally, Shaw Fishman prepared for trial in the adversary proceeding brought against the University of Northern Iowa ("UNI").

12.     Also during the Application Period, Shaw Fishman assisted the Trustee in identifying, analyzing, and objecting to numerous proofs of claims filed by purported creditors on a variety of bases.  Working with the Trustee's other professionals, Shaw Fishman evaluated and reconciled approximately 10,000 claims filed in the Case in the interest of providing the greatest recovery to creditors with allowed claims.  The claims reconciliation work has enabled the Trustee to disburse approximately $257 million to holders of Allowed Futures Claims, approximately $3.5 million to those former forex account holders who accepted a settlement with the Trustee, and approximately $436,000 to those physical metals claimants who accepted a settlement with the Trustee.

13.     Shaw Fishman represented the Trustee in every aspect of this Case.  Shaw Fishman attended and participated in every hearing in the Case and has dealt with issues and concerns raised by the U.S. Trustee, customers, the CFTC, the NFA, the IRS, former brokers, former employees and many other interested parties.

14.     Attached hereto and made part hereof is Exhibit A, which includes a compilation of the Shaw Fishman Monthly Invoices for the Application Period and describes the Services in detail.

15.     All of the Services for which compensation is requested were rendered in connection with the representation of the Trustee in the Case and related matters.  All of the time

described in the annexed exhibit represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by attorneys of Shaw Fishman who rendered the described services.  In certain instances, the time reflected in the exhibit has been reduced in an effort by Shaw Fishman to eliminate excessive, duplicative or, in hindsight, unnecessary or unproductive services.

16.    The hourly rates charged by the bankruptcy professionals of Shaw Fishman who worked on the Case during the Application Period and whose time is a part of the Services are as follows:

| **Members** | **Rate** |
|---|---|
| Robert M. Fishman | $750 |
| Allen J. Guon | $490 |
| Mark L. Radtke | $490 |
| Terence G. Banich | $490 |
| **Of Counsel** | **Rate** |
| John W. Guzzardo | $410 |
| **Associates** | **Rate** |
| David R. Doyle | $370 |
| Allison B. Hudson | $340 |
| Christina M. Sanfelippo | $290 |
| **Paralegals** | **Rate** |
| Charmala Donohue | $270 |

These rates are based on the experience and expertise of the respective personnel.

17.    The Services have required a total of 372.85 hours on the part of Shaw Fishman as more fully set forth in the attached compilation of the Monthly Invoices.  See Exhibit A. Based upon the customary and reasonable rates charged by Shaw Fishman for services in cases under the Bankruptcy Code and for services other than services rendered in cases under the Bankruptcy Code, the fair and reasonable value of the Services is not less than $159,264.50. All of the Services for which compensation is requested were Services which, in Shaw Fishman's

billing judgment, were necessarily rendered after due consideration of the expected cost and anticipated benefit of such Services.

18.      Following below, the Court will find a narrative, by category, of the Services provided by Shaw Fishman to the Trustee (the "Summaries").  The narrative is provided for all categories of Services in which at least $1,500 of compensation is requested.  The Monthly Invoices have detailed time entries for all Services, by category, regardless of the amount requested.

19.      Within the Monthly Invoices the Court will find the Services broken down by date, attorney and category.  Additionally, each of the categories within the Monthly Invoices and the Summaries has a compilation of the time spent on and compensation requested for each category.

20.      The following are the Summaries for Exhibit A:

A.      **Allocation and Disbursement Motion.**  ($3,975.00 – 5.3 hours).  This subject matter includes Services rendered in connection with discussing, drafting and revising the Trustee's motion setting forth the Trustee's desired allocation and disbursement of funds in the Debtor's estate.

B.      **Creditors, Customers and Claims.** ($26,322.00 – 74.80 hours).  This subject matter includes Services pertaining to Shaw Fishman's involvement in the Case with respect to the reconciliation of customer and creditor claims.   Specifically, this category of Services includes: (i) working with the Trustee's claims' agent, Rust Omni, to analyze and categorize filed claims; (ii) reviewing, analyzing and responding to creditor inquiries, and (iii) drafting and presenting omnibus objections to certain claims.

C.    **Fee Applications**.  ($3,449.00 – 9.30 hours). This subject matter includes Services rendered in connection with the Interim Compensation Procedures.  Specifically, this category of Services includes: (i) reviewing, revising, finalizing and serving Monthly Invoices on behalf of Shaw Fishman; (ii) preparation and submission of Monthly Invoices pursuant to the Procedures Order for various professionals retained by the Trustee; and (iii) drafting and filing Shaw Fishman's Ninth Interim Fee Application and Rust Omni's Seventh Interim Fee Application.

D.    **Peregrine Charities.** ($118,024.50 – 265.35 hours).  This subject matter includes Services rendered in connection with the Trustee's adversary proceedings to avoid and recover sums transferred from the Debtor to Peregrine Charities and various charitable entities. Specifically, this category of Services includes: (i) researching and reviewing case law regarding potential amendment of complaints; (ii) engaging in settlement discussions with the Peregrine Charities defendants; (iii) drafting and revising a Rule 9019 motion seeking approval of the Trustee's settlement with St. Luke's Healthcare Foundation and Memorial Foundation of Allen Hospital; (iv) drafting and revising a motion for leave to file second amended complaint against UNI; (v) drafting and filing a second amended complaint against UNI; (vi) responding to discovery requests issued by Peregrine Charities defendants; (vii) preparing for trial in the UNI adversary proceeding, including, but not limited to preparing deposition designations, identifying exhibits and drafting exhibit list, identifying witnesses and drafting witness list, and drafting stipulations of fact; (viii) drafting and revising the Trustee's trial brief; (ix) reviewing and drafting objections to UNI's motions in limine; and (x) preparing for and attending various court hearings.

E.    **Pre-Petition Litigation.**    ($1,986.00 – 5.60 hours).    This subject matter includes Services rendered in connection with prepetition litigation involving the Debtor. Specifically, this category of Services includes: (i) corresponding with Liquidation Trustee of the Sentinel Liquidation Trust (the "Sentinel Trustee"); (ii) drafting and revising a motion to approve the Trustee's settlement with the Sentinel Trustee; and (iii) presenting the Trustee's motion to approve settlement with the Sentinel Trustee.

## SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

21.    In summary, the total amount of compensation sought with respect to the Services is $159,264.50 (the "Lodestar Amount").   In addition, the total compensation sought for each professional with respect to the aforementioned categories as set forth in Exhibit A can be summarized as follows:

## PROFESSIONAL RATE CHARTS

| Professional | Position | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Robert M. Fishman | Member | 10.30 | $750 | $7,725.00 |
| Allen J. Guon | Member | 17.30 | $490 | $8,477.00 |
| Mark L. Radtke | Member | 60.60 | $490 | $29,694.00 |
| Terence G. Banich | Member | 110.90 | $490 | $54,341.00 |
| John W. Guzzardo | Of-Counsel | 0.10 | $410 | $41.00 |
| David R. Doyle | Associate | 96.25 | $370 | $35,612.50 |
| Allison Hudson | Associate | 19.40 | $340 | $6,596.00 |
| Christina M. Sanfelippo | Associate | 55.90 | $290 | $16,211.00 |
| Charmala Donohue | Paralegal | 2.10 | $270 | $567.00 |
| **Totals** | | **372.85** | **$427.15** | **$159,264.50** |

22.    Shaw Fishman attorneys have an average hourly rate of $427.15 for this matter. The hourly rates charged by Shaw Fishman with respect to its representation of the Trustee compares favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman attorneys and paralegals.   Further, the amount of time spent by Shaw Fishman with respect to the Case is

250034\00001\83335186.v1

reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake and the sophistication and experience of opposing counsel.

23.    The Lodestar Amount for all of the services rendered by Shaw Fishman during the Application Period is $159,264.50. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the Lodestar Amount represents a fair and reasonable amount for the allowance of interim compensation in this Case.

## THE EXPENSES REQUESTED

24.    All of the Expenses for which reimbursement is requested are expenses which Shaw Fishman customarily recoups from all of its clients.   The types of costs for which reimbursement is sought are listed below:

| | |
|---|---|
| Internal Photocopy | 10¢ per page |
| Commercial/Court Photocopy | actual cost |
| Commercial Messenger | actual cost |
| Long Distance Telephone | actual cost |
| Local Telephone | no charge |
| Outgoing Facsimiles | no charge |
| Incoming Facsimiles | no charge |
| Postage | actual cost |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing/Recording Fees | actual cost |
| Deposition Costs | actual cost |
| Local and Long Distance Travel | actual cost |

25.    The specific Expenses for which reimbursement is requested during the Application Period are as follows:

9

| | |
|---|---|
| Conference Call | $26.03 |
| Postage | $37.01 |
| Pacer Research | $196.99 |
| Messenger | $13.50 |
| Transcripts | $764.50 |
| Parking/Taxi | $38.25 |
| Working Meals | $108.84 |
| Travel | $250.00 |
| Court Reporter | $282.88 |
| **Total** | **$1,718.00[2]** |

26.     All of the Expenses for which reimbursement is sought are costs actually borne by Shaw Fishman and were necessarily incurred in connection with this Case.

27.     As noted previously, all of the Expenses for which reimbursement is requested are of the type and amount of expense that Shaw Fishman customarily recoups from all of Shaw Fishman's clients.  Further, the expenses for which reimbursement is sought constitute the types and amounts generally allowed by bankruptcy judges in this and other districts.  Annexed hereto as part of <u>Exhibit A</u> is an itemization for all Expenses for which reimbursement is sought through this Application.

## <u>COMPENSATION & EXPENSES RECEIVED TO DATE BY SHAW FISHMAN</u>

28.     Shaw Fishman has been allowed the following in fees and expenses on an interim basis (collectively, the "<u>Previously Allowed Fees and Expenses</u>"):

a.     On February 6, 2013, this Court entered an Order awarding Shaw Fishman $671,417.50 in interim compensation and $20,887.65 in expense reimbursement for the period July 10, 2012 through October 31, 2012.

---

[2] The requested Expenses for the period May 2018 through June 10, 2018 inadvertently included $94.65 in Westlaw expenses.  As a result, Shaw Fishman received interim payments for Expenses in the total amount of $1,812.65.  To adjust for this error, $94.65 has been deducted from the Holdback for the Application Period.

10

b.  On June 27, 2013, this Court entered an Order awarding Shaw Fishman $749,860.50 in interim compensation and $14,625.04 in expense reimbursement for the period November 1, 2012 through March 31, 2013.

c.  On December 18, 2013, this Court entered an Order awarding Shaw Fishman $644,206.50 in interim compensation and $10,235.93 in expense reimbursement for the period April 1, 2012 through August 31, 2013.

d.  On June 18, 2014, this Court entered an Order awarding Shaw Fishman $589,592.00 in interim compensation and $20,024.68 in expense reimbursement for the period September 1, 2013 through January 31, 2014.

e.  On January 28, 2015, this Court entered an Order awarding Shaw Fishman $1,023,288.75 in interim compensation and $29,145.97 in expense reimbursement for the period February 1, 2014 through November 30, 2014.

f.  On September 17, 2015, this Court entered an Order awarding Shaw Fishman $389,184.50 in interim compensation and $5,599.19 in expense reimbursement for the period December 1, 2014 through June 30, 2015.

g.  On March 17, 2016, this Court entered an Order awarding Shaw Fishman $136,073.50 in interim compensation and $1,063.96 in expense reimbursement for the period July 1, 2015 through December 31, 2015.

h.  On March 22, 2017, this Court entered an Order awarding Shaw Fishman $197,998.00 in interim compensation and $802.10 in expense reimbursement for the period January 1, 2016 through December 31, 2016.

250034\00001\83335186.v1

i.  On April 25, 2018, this Court entered an Order awarding Shaw Fishman $322,667.75 in interim compensation and $4,973.45 in expense reimbursement for the period January 1, 2017 through December 31, 2017.

29.  Below is a chart reflecting the Previously Allowed Fees and Expenses:

| Fee Application | Total Fees | Total Expenses | Interim Total |
|---|---|---|---|
| First Interim (July 10, 2012 - Oct. 31, 2012) | $671,417.50 | $20,887.65 | $692,305.15 |
| Second Interim (Nov. 1, 2012 - March 31, 2013) | $749,860.50 | $14,625.04 | $764,485.54 |
| Third Interim (April 1, 2012 - Aug. 31, 2013) | $644,206.50 | $10,235.93 | $654,442.43 |
| Fourth Interim (Sept. 1, 2013 - Jan. 31, 2014) | $589,592.00 | $20,024.68 | $609,616.68 |
| Fifth Interim (Feb. 1, 2014 - Nov. 30, 2014) | $1,023,288.75 | $29,145.97 | $1,052,434.72 |
| Sixth Interim (Dec. 1, 2014 - June 30, 2015) | $389,184.50 | $5,599.19 | $394,783.69 |
| Seventh Interim (July 1, 2015 - Dec. 31, 2015) | $136,073.50 | $1,063.96 | $137,137.46 |
| Eighth Interim (Jan. 1, 2016 - Dec. 31, 2016) | $197,998.00 | $802.10 | $198,800.10 |
| Ninth Interim (Jan. 1, 2017 - Dec. 31, 2017) | $322,667.75 | $4,973.45 | $327,641.20 |
| **TOTAL** | **$4,724,289.00** | **$107,357.97** | **$4,831,646.97** |

30.  In addition, pursuant to the Interim Compensation Procedures, Shaw Fishman has requested and received no objection to payments of $127,842.80[3] for Services rendered, and $1,718.00 for actual expenses incurred in connection with the Services, during the Application Period, all as set forth in the chart below.

---

[3] Representing eighty percent (80%) of the amount of fees incurred and invoiced during each applicable month.  The remaining twenty percent (20%) of unpaid invoiced fees equaling $31,327.05 is referred to as the "Holdback."

12

| Month | Total Fees | 80% Fees Requested | Holdback | Expenses Approved |
|---|---|---|---|---|
| January 2018 | $14,760.00 | $11,808.00 | $2,952.00 | $1,328.91 |
| February 2018 | $25,039.00 | $20,031.20 | $5,007.80 | $41.90 |
| March 2018 | $38,430.00 | $30,744.00 | $7,686.00 | $136.14 |
| April 2018 | $27,281.50 | $21,825.20 | $5,456.30 | $160.96 |
| May 2018 through June 10, 2018 | $54,293.00 | $43,434.40 | $10,858.60 | $50.09[4] |
| Totals: | $159,264.50[5] | $127,842.80 | $31,327.05 | $1,718.00 |

The $127,842.80 and $1,812.65 (which equals the $1,718.00 in requested expenses plus the $94.65 in Westlaw expenses inadvertently included in a Monthly Invoice) shall collectively be referred to herein as the "Tenth Interim Payments."

## VOLUNTARY DISCOUNT

31.     For the Application Period, Shaw Fishman has requested approximately $118,000 in fees incurred in the prosecution of recovery actions related to customer segregated account funds fraudulently transferred from the Debtor to Peregrine Charities, which funds were subsequently transferred to various entities, including UNI and the University of Iowa.  While Shaw Fishman understands that the fees expended were substantial, it was at all times the Trustee's belief that the efforts in seeking recovery were justified and supported by both the facts and the law.  The ultimate settlement of the case by UNI at fifty-percent of the avoided transfer, even after UNI won on the issue of recovery at trial, supports that belief.  Nonetheless, at the request of the Trustee, Shaw Fishman agrees to a voluntary discount in the amount of twenty thousand dollars ($20,000) (the "Voluntary Discount"), which amount will be deducted from the approved Holdback.

---

[4] The requested expenses for the period May 2018 through June 10, 2018 inadvertently included $94.65 in Westlaw expenses.  Accordingly, $94.65 has been deducted from the requested Expenses for this period and from the Holdback for the Application Period.

[5] The total fees requested by Shaw Fishman's Monthly Invoices for the Application Period total $159,803.50.  However, Shaw Fishman subsequently wrote-off certain time entries which lowered Shaw Fishman's total fees to $159,264.50.

13

## COMPLIANCE WITH SECTION 504

32.     Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing or division of any compensation paid or payable to Shaw Fishman.

## NOTICE

33.     In excess of twenty-one (21) days' notice of this Application has been given to: (a) the U.S. Trustee; (b) the CFTC; (c) the NFA; and (d) parties requesting notice in the Case. Based on the extent of the notice already provided, Shaw Fishman respectfully requests that additional notice of the hearing on this Application be excused for good cause shown pursuant to Fed. R. Bankr. P. 2006(a)(6), 2002(i) and 9007.

WHEREFORE, Shaw Fishman requests the entry of an order, substantially in the form attached hereto, that:

(a)     allows Shaw Fishman $159,264.50 in interim compensation for Services rendered during the Application Period of January 1, 2018 through June 10, 2018 (the "Allowed Fees") and approves on a final basis the Allowed Fees;

(b)     allows Shaw Fishman $1,718.00 in expense reimbursement for the Application Period of January 1, 2018 through June 10, 2018 (the "Allowed Expenses") and approves on a final basis the Allowed Expenses;

(c)     authorizes the Trustee to pay to Shaw Fishman the $11,327.05 Holdback representing the difference between the Allowed Fees plus the Allowed Expenses less the Tenth Interim Payments and Voluntary Discount;

(d)     approves on a final basis all Previously Allowed Fees and Expenses awarded by this Court on an interim basis;

14

(e)     finding that the notice provided herein is sufficient, and waives further notice of

the Application; and

(f)     provides Shaw Fishman with such additional relief as may be appropriate under

the circumstances.

Dated: January 23, 2019                    Respectfully submitted,

                                          Shaw Fishman Glantz & Towbin LLC

                                          By: _____*/s/ Christina M. Sanfelippo*_____

Robert M. Fishman (#3124316)
Christina M. Sanfelippo (#6321440)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois  60654
Phone: (312) 541-0151
Fax: (312) 980-3888